ACCEPTED
01-15-00567-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 12:29:57 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00567-CV**

**IN THE COURT OF APPEALS FOR THE FIRST DISTRICT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 12:29:57 PM
CHRISTOPHER A. PRINE
Clerk

**MACKEY GLEN PETERSON, TONYA PETERSON, DON LESLIE PETERSON AND LONNY PETERSON, APPELLANTS**

**v.**

**SILVERADO SENIOR LIVING, INC., D/B/A SILVERADO SENIOR LIVING SUGAR LAND, APPELLEE**

# Appendix Tab 49 Part 1

**P. Alan Sanders**
**Tx. State Bar No: 17602100**
**Joshua Davis**
**Tx. State Bar No. 24031993**
**Lewis Brisbois Bisgaard & Smith, LLP**
**Weslayan Tower, Suite 1400**
**24 Greenway Plaza**
**Houston, Texas, 77046**
**(713) 659-6767**
**(713) 759-6830 – Fax**
**Alan.Sanders@LewisBrisbois.com**
**Josh.Davis@LewisBrisbois.com**

# TAB 49
## Page # 0268 - 0353

DATA-ENTRY
PICK UP THIS DATE

FILED
12/1/2014 5:04:55 PM
Stan Stanart
County Clerk
Harris County

**PROBATE COURT 1**

CAUSE NO. 427,208

| | | |
|---|---|---|
| RUBY S. PETERSON, Individually, | § | IN PROBATE COURT NO. 1 |
| MACKEY ("MACK") GLEN PETERSON | § | |
| PETERSON, Individually, Next Friend | § | |
| Attorney-in Fact for RUBY | § | |
| PETERSON, DON LESLIE PETERSON | § | |
| Individually, Next Friend, Attorney-in- | § | |
| Fact of RUBY S. PETERSON, LONNY | § | |
| PETERSON, Individually and Next Friend | § | |
| Of RUBY S. Peterson | § | |
| | § | |
| VS. | § | OF |
| | § | |
| CAROL ANNE MANLEY, | § | |
| DAVID PETERSON, SILVERADO | § | |
| SENIOR LIVING, INC. d/b/a SILVERADO | § | |
| SENIOR LIVING – SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## APPLICATION FOR ATTORNEY FEES PURSUANT TO
## RULE 91a ORDER ENTERED ON NOVEMBER 10, 2014

Defendant, Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land

(**Silverado**) files this Application for Attorney Fees Pursuant to Rule 91a Order Entered On

November 10, 2014 consistent with the Court's Local Rules and pursuant to Texas Rule of Civil

Procedure 91a.7.

### 91a MOTION TO DISMISS: BRIEF BACKGROUND

Silverado filed a Rule 91a Motion to Dismiss on September 25, 2014.[1] Plaintiffs' filed a

Fourth Amended Petition[2] on October 6, 2014 and a Response in Opposition[3] to the pending Rule

91a motion on October 27, 2014. Silverado timely filed its Partial Withdrawal and Reply to

---

[1] On file with the Court and incorporated by reference as if set out fully herein.

[2] *Id.*

[3] *Id.*

4849-6015-5168.1

Silverado Appx. 0268

No. 1-15-586-CV **3617**

Plaintiffs' Response on November 6, 2014.[4] The Motion to Dismiss was heard on November 7, 2014 at which time the Court granted Silverado's 91a Motion to Dismiss and issued its Order[5] on the forty-fifth day following the date of filing - November 10, 2014. All challenged causes of action were dismissed with prejudice which included: false imprisonment, assault and battery, and conspiracy.

Silverado now moves for an award of all costs and reasonable and necessary attorney fees incurred with respect to the challenged causes of action.

### RULE 91a.7

Except in an action by or against a governmental entity or a public official acting in
his or her official capacity or under color of law, the court *must* award the prevailing
party on the motion *all* costs and reasonable and necessary attorney fees incurred
with respect to the challenged cause of action in the trial court. The court must
consider evidence regarding costs and fees in determining award.

TEX. R. CIV. P. 91a.7 (emphasis added). The first and only opinion interpreting 91a.7 was issued November 20, 2014. *Drake v. Chase Bank*, 2014 No. 02-13-00340-CV, 2014 Tex. App. Lexis 12572 (Tex. App. – Fort Worth Nov. 20, 2014, no pet. h.). *Drake* involved a pro se plaintiff who brought claims against Chase Bank for irreparable harm to his credit and intentional infliction of emotional distress. *Id.* The trial court granted defendant's 91a Motion to Dismiss and awarded it $2,480 in costs and fees. *Id.* at *1. Plaintiff filed a motion to reconsider which was denied and the court awarded defendant its fees related to that motion as well in the amount of $1,545. *Id.*

---

[4] *Id.*

[5] *Id.*

4849-6015-5168.1

Applying a de novo standard of review, the *Drake* Court found that "...an award of attorneys' fees to the prevailing party on a rule 91a motion to dismiss is mandatory, not discretionary." *Id.* at *5. Notably, the trial court had granted plaintiff indigent status during the proceedings. *Id.* at *4. Nevertheless, the *Drake* Court found that "the rule says nothing about exempting indigent parties from paying attorneys' fees to a party who prevails under rule 91a." *Id.* at *5 citing ((*In re Christus Spohn Hosp. Kleberg*, 222 S.W.3d 434, 437 (Tex. 2007 ) (orig. proceeding) (stating that courts apply the same rules of construction that govern the interpretation of statutes when construing rules of procedure)); (*City of Rockwell v. Hughes*, 246 S.W.3d 621, 625 (Tex. 2008) (stating that courts construe statutes according to their plain and common meaning))). The court then affirmed the trial courts award of fees as to the 91a motion as well as the motion to reconsider and pointed out that defendant incurred the additional fees in connection with its Rule 91a challenge and the causes of action subject to the same. *Id.* at *6. Specifically, the *Drake* Court cited Rule 91a.7 which mandates an "award of *all* costs and reasonable and necessary attorney fees incurred *with* respect to the challenged cause of action." *Id.* (emphasis in original). Although it is the first case interpreting an award of attorneys' fees pursuant to Rule 91a, it is consistent with the precedent of strict construction regarding this statute. *See* ((*Wooley v. Schaffer*, No. 14-13-00385-CV, 2014 Tex. App. LEXIS 8983 (Tex. App. Houston [14th Dist.] Aug. 14, 2014)) (*Dailey v. Thorpe*, No. 01-13-00492-CV, 2014 Tex. App. LEXIS 9630 at *10 (Tex. App. Houston [1st Dist.] Aug. 28, 2014)) (*GoDaddy.com, LLC v. Hollie Toups*, 429 S.W.3d 752 (Tex. App. – Beaumont, 2014, pet. denied)) (*Lopez-Welch v. State Farm Lloyds*, 3:14-CV-2416-L, 2014 U.S. Dist. LEXIS 154741 (N.D. Tex. Oct. 31, 2014)) (*Plascencia v. State Farm Lloyds*, No. 4:14-CV-524-A, 2014 U.S. Dist. LEXIS 135081 (N.D. Tex. Sept. 25, 2014)) (*Oldham v. Nationwide Ins. Co. of Am.*, 3:14-CV-575-B, 2014 U.S. Dist. LEXIS 107044; 2014 WL 3855238 (N.D. Tex. Aug. 5, 2014))).

4849-6015-5168.1

While Rule 91a.7 is silent as to the evidence and procedure required prior to imposition of fees, the trial court in *Drake* chose to conduct a hearing rather than accepting evidence by submission. 2014 Tex. App. Lexis 12572 at *7. It did not require Chase Bank to submit its itemized invoices and/or conduct a Lodestar analysis. In lieu thereof, it accepted an affidavit and live testimony establishing "the hours devoted to the matter, who performed the work, the rate charged, what work was performed, and that the fees were reasonable and necessary. *Id.* The Court applied the *Arthur Anderson* reasonableness factors applied when contingent fee agreements are at issue. *Id.* The *Drake* Court found the that the trial court did not abuse its discretion related to its fee award. *Id.*

## SILVERADO'S APPLICATION FOR ATTORNEY FEES

Consistent with the Court's Local Rules, Silverado files this Application for Attorney Fees and presents evidence supporting the reasonable and necessary fees incurred with respect to the challenged causes of action pursuant to the lodestar method.[6] TEX. R. CIV. P. 91a.7; *Drake,* 2014 Tex. App. Lexis 12572 (Tex. App. – Fort Worth Nov. 20, 2014, no pet. h.); *Long v. Griffin,* No. 11-1021, 2014 Tex. LEXIS 304 (Tex. April 25, 2014) (per curiam).

### A. LODESTAR METHOD

A request for attorney fees employs the lodestar method when it relates hours worked for each attorney multiplied by their hourly rates for a total fee. *Griffin,* 2014 Tex. LEXIS 304 (Tex. April 25, 2014) at *6. To satisfy lodestar, "sufficient evidence includes, at a minimum, evidence 'of the services performed, who performed them and at what hourly rate, when they were performed, and how much time the work required.'" *Id.* citing (*El Apple I, Ltd. v. Olivias,* 370 S.W.3d 757, 763 (Tex. 2012)). Total number of hours worked and generalities will not suffice. *Id.* at *6-7. However,

---

[6] On November 19, 2014, Ms. Cres Machicek – Guardianship Coordinator – advised counsel regarding the Court's procedural requirements related to the manner in which the Court would conduct the 91a.7 evidentiary proceeding.

4849-6015-5168.1

an affidavit that generally describes the services performed, who completed same and at what hourly rate that are accompanied by evidence to inform the trial court of the time spent on specific tasks and corresponding dates should constitute sufficient evidence to satisfy the lodestar method. *Id.* at *7-8.

**B. SEGREGATION OF FEES IS NOT REQUIRED PURSUANT TO 91a.7**

While the lodestar method is analogous, the context is distinct insofar as fee segregation amongst prevailing claims is inapplicable for the following reasons. Rule 91a.7 requires an award of *all* costs and reasonable and necessary attorney fees incurred with respect to the challenged causes of action. The matter pending before this Court is not one in which a verdict has been returned as to some causes of action which would support an award of fees and others that would not. *Compare* (*Griffin*, 2014 Tex. LEXIS 304 (Tex. April 25, 2014)) *with* (Tex. R. Civ. P. 91a.7). 91a.7 mandates recovery of fees on all challenged causes of action to the prevailing party. *Id.*; *see also Drake*, 2014 Tex. App. Lexis 12572 (Tex. App. – Fort Worth Nov. 20, 2014, no pet. h.).

**C. SILVERADO'S ATTORNEYS' FEES INCURRED WITH RESPECT TO THE DISMISSED CAUSES OF ACTION: FALSE IMPRISONMENT, ASSAULT AND BATTERY, AND CONSPIRACY**

Silverado first learned of this litigation on July 18, 2014 through negative publicity published by Plaintiffs on the internet. TEX. R. CIV. E. 801(e)(2)(C)-(D). While investigating, Silverado discovered Plaintiffs' Original Petition filed on July 17, 2014 in the 129th Judicial District Court of Harris County, Texas which included claims against "Silverado Senior Living Care Facility" for false imprisonment, assault and battery, and conspiracy.[7] Plaintiffs filed an Amended Petition and Jury Demand on July 23, 2014 which again named "Silverado Senior Living Care Facility" and

---

[7] On file with the Harris County District Clerk and incorporated by reference as if set out fully herein.

4849-6015-5168.1

included claims for false imprisonment, assault and battery, and conspiracy.[8] On July 25, 2014, Plaintiffs' Second Amended Original Petition was filed with the same allegations against Silverado although it remained improperly named and had not been served.[9] Silverado chose to waive service and enter an appearance on July 28, 2014 in light of Plaintiffs' request for extraordinary relief in the form of an application for temporary restraining order, temporary injunction and the emergency hearing related to the same which Plaintiffs set for July 28, 2014.

Amidst the hundreds of pages of pleadings, Plaintiffs claims have at all times been inflammatory and centered on allegations that Silverado, its staff, physicians or others independently named – some of which were later nonsuited - were drugging Ruby Peterson, holding her against her will, and refusing Plaintiffs' visitation without legal authority.[10] Plaintiffs pursued the challenged causes of action in a manner which drove the cost of litigation up. Silverado was forced to incur significant expense defending against both a federal and state lawsuit as well as a media campaign in direct violation of the Court's Protective Order. The dismissed causes of action comprised Plaintiffs entire case against Silverado until October 6, 2014 with the Fourth Amended Petition which includes a new allegation of breach of fiduciary duty at Paragraph 88 and will be subject to another 91a Motion to Dismiss. *See* Exhibit "A," (Affidavit of Josh K. Davis). The challenged causes of action required a multi-faceted defense related to the federal and state lawsuits as well as the repeated violations of Court orders.

---

[8] *Id.*

[9] *Id.*

[10] *See* Plaintiffs' Original Petition, Amended Petition and Jury Demand, Second Amended Petition and Jury Demand, Third Amended Petition and Contest to Guardianship Application, and Fourth Amended Petition all of which are on file with this Court and/or the 129th Judicial District Court and are incorporated by reference as if set out fully herein.

4849-6015-5168.1

This Court is well-versed in Plaintiffs antics related to this vexatious and harassing litigation, but one party-opponent admission is worth highlighting to reinforce that the intent and purpose behind the federal litigation. On August 3, 2014, Ms. Schwager posts a message on Facebook to Mr. Davis open to the public: "As I've said from day one, this is not about you, but if you persist in violating my client's rights and Ruby's, it will be. I keep wondering when the reality of the federal case will set in. Nominal damages are pled for now. But the press is coming. I assure you that." TEX. R. CIV. E. 801(e)(2)(C)-(D). In addition, following settlement with Carol Anne Manley and David Peterson, Plaintiffs now seek to recover fees and expenses from the estate of Ruby Peterson for bringing this lawsuit "*as well as in another case filed in federal court*" in the amount of $187,056.73.[11] The strategy in bringing the federal lawsuit appears to have been intimidation and/or berate Silverado into settlement. Nevertheless, the result was to force Silverado to incur significant fees defending a meritless lawsuit in both Federal and State Court. Those costs and fees are now due.

The total fees incurred defending against the challenged causes of action as of Sunday, November 30, 2014 are $117,183.40. *See* Exhibit "A," (Affidavit of Josh K. Davis) attached hereto and incorporated by reference as if set out fully herein. The fees continue to accrue and will be supplemented at the time of the hearing with additional fee statements and oral testimony. It is within the Court's sound discretion to determine the legal sufficiency of the evidence presented regarding the amount of fees which are reasonable and necessary. *Ridge Oil Co. v. Guinn Invs., Inc.*, 148 S.W.3d. 143 (Tex. 2004) (court-ordered award of attorneys' fees is reviewed under the abuse of discretion standard). The *Drake* Court reinforces that Rule 91a.7 requires an "award of *all* costs and

---

[11] *See* Second Supplement to Application for Payment of Attorney's Fees and Expenses, Expert Witness Fees and Expenses, and Costs of Court on file with the Court and incorporated by reference as if set out fully herein.

4849-6015-5168.1

Silverado Appx. 0274

reasonable and necessary attorney fees incurred *with* respect to the challenged cause of action." 2014 Tex. App. Lexis 12572 at *6. The costs of defending the federal lawsuit were incurred with respect to the challenged causes of action as demonstrated above. However, solely in an abundance of caution and for the benefit of the Court, Silverado identifies the following total amount of $18,830.00 as the amount solely related to the federal matter should the Court find that defense of the federal lawsuit - even in these extreme circumstances – was not incurred with respect to the challenged causes of action.

**D. SUBSEQUENT MOTIONS & COSTS**

Silverado is entitled to recover its reasonable and necessary attorney fees and costs in the event Plaintiffs appeal and/or engage in subsequent motion practice related to the challenged causes of action and Court's findings. *Drake,* 2014 Tex. App. Lexis 12572 (Tex. App. – Fort Worth Nov. 20, 2014, no pet. h.). If Plaintiffs find it necessary to file a Motion to Reconsider and/or Rescind, Silverado requests $2,500.00 as the reasonable and necessary fees for handling the responsive briefing and hearing related to the same. *See* Exhibit "A," Affidavit of Josh K. Davis. If the matter is appealed, Silverado requests $10,000.00 for its, reasonable and necessary fees for handling the appellee's case in the court of appeals, $7,500.00 if plaintiff files a Writ of Error or Petition for Review with the Supreme Court of Texas, and $7,500.00 if the Writ of Error or Petition for Review is Granted by the Supreme Court of Texas. *See id.* In addition to its fees, Silverado requests its costs. *Drake,* 2014 Tex. App. Lexis 12572 (Tex. App. – Fort Worth Nov. 20, 2014, no pet. h.).

**PRAYER**

Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land requests the Court award it its costs and reasonable and necessary attorney fees incurred in an amount not less than $117,183.40. TEX. R. CIV. P. 91a.7; *see also, Drake,* 2014 Tex. App. Lexis 12572 (Tex. App. – Fort

4849-6015-5168.1

Silverado Appx. 0275

Worth Nov. 20, 2014). Silverado further requests its fees in the event of a Motion to Reconsider and/or Rescind in the amount of $2,500.00, for handling the appellee's case in the court of appeals in the amount of $10,000, and $7,500 if plaintiff files a Writ of Error or Petition for Review with the Supreme Court of Texas, and $7,500 if the Writ of Error or Petition for Review is Granted by the Supreme Court of Texas.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/S/ Josh K. Davis*
_____

JOSH K. DAVIS
State Bar No. 24031993
CHRISTIAN R. JOHNSON
State Bar No. 24062345
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile

**ATTORNEYS FOR DEFENDANTS,
SILVERADO SENIOR LIVING, INC. D/B/A
SILVERADO SENIOR LIVING SUGAR LAND**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record via e-file, facsimile, hand delivery and/or certified mail, return receipt requested on this 1st December, 2014.

Philip M. Ross
1006 Holbrook Road
San Antonio, Texas 78218
*Attorney for Plaintiffs*

Candice L Schwager
The Schwager Law Firm
1417 Ramada Dr.
Houston, Texas 77062

4849-6015-5168.1

Silverado Appx. 0276

*Attorney for Plaintiffs*

Sarah Patel Pacheco
Crain, Caton & James, PC
1401 McKinney Street
1700 Five Houston Center
Houston, Texas 77010
*Attorneys for Carol Manley and David Peterson*

Jill W. Young
MacIntyre, McCulloch, Stanfield & Young, LLP
2900 Weslayan, Suite 150
Houston, Texas 77027

W. Russ Jones
Underwood, Jones Scherrer & Malouf, PLLC
5177 Richmond Ave, Suite 505
Houston, Texas 77056

/S/ *Josh K. Davis*
_____
JOSH K. DAVIS

4849-6015-5168.1

Silverado Appx. 0277

CAUSE NO. 427,208

| | | |
|---|---|---|
| RUBY S. PETERSON, Individually, | § | IN PROBATE COURT NO. 1 |
| MACKEY ("MACK") GLEN PETERSON | § | |
| PETERSON, Individually, Next Friend | § | |
| Attorney-in Fact for RUBY | § | |
| PETERSON, DON LESLIE PETERSON | § | |
| Individually, Next Friend, Attorney-in- | § | |
| Fact of RUBY S. PETERSON, LONNY | § | |
| PETERSON, Individually and Next Friend | § | |
| Of RUBY S. Peterson | § | |
| | § | |
| VS. | § | OF |
| | § | |
| CAROL ANNE MANLEY, | § | |
| DAVID PETERSON, SILVERADO | § | |
| SENIOR LIVING, INC. d/b/a SILVERADO | § | |
| SENIOR LIVING – SUGAR LAND | § | HARRIS COUNTY, TEXAS |

## AFFIDAVIT OF JOSH K. DAVIS

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

Before me, the undersigned authority, on this day, personally appeared Josh K. Davis a person who is personally known to me. After I administered an oath to him, upon his oath, he stated:

1. "My name is Josh K. Davis. I am over the age of twenty-one (21) years and have never been convicted of a felony. I am of sound mind, capable of making this affidavit, and fully competent to testify to the matters herein stated, and I have personal knowledge of every statement made herein.

2. I am a licensed attorney in the State of Texas, a partner with the law firm of Lewis Brisbois Bisgaard & Smith, L.L.P., and have been employed by Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land (**Silverado**) to defend it in the above-entitled and numbered cause. This affidavit is prepared in support of Application for Attorneys' Fees Pursuant to Rule 91a Order Entered On November 10, 2014.

3. As a partner for Lewis Brisbois Bisgaard & Smith LLP ("LBBS") I am familiar with its business practices. As a part of its usual and regular business, LBBS keeps regular records of legal work performed. I am familiar with the records kept and maintained in the usual and regular course of business. I have personal supervision, custody, control and access to the records of this firm as they pertain to the legal services rendered herein. I have examined the records kept and maintained by this firm in the regular course of its business and such records reflect certain transactions in the rendering of legal services in the matter. In the

4846-9716-7648.1

**EXHIBIT**
**A**

Silverado Appx. 0278

normal course of my duties and responsibilities I receive, review and maintain invoices sent to my clients which include supporting documentation and/or records and am a custodian of the same. Furthermore, it is in the normal course of my duties and responsibilities to review and maintain pre-bills which are contemporaneous time records maintained in the regular course of business prior to being sent to the client for payment and am custodian of the same. Attached to this Affidavit as Exhibit 1, and incorporated into it by reference, are true and correct copies of redacted[1] invoices with supporting cost and billing records (Bates Nos. SSL 000001-000076) which were incurred and submitted for payment related to the above referenced matter on the date noted thereon as well as redacted pre-bills (Bates Nos. SSL 000077-000126) which reflect attorney fees that have been incurred and will be invoiced in mid-December per guidelines. The invoices with supporting records as well as pre-bills are made as a course of regularly conducted business by persons with knowledge at or near the time of making by or from information transmitted by a person with knowledge of the event or information recorded. LBBS maintains and/or keeps a copy of the invoices with supporting records and pre-bills in the regular course of its business.

4. I am very familiar with the nature of this case and the work which has been performed to date. I am knowledgeable with the number of hours spent and the amounts charged to my client by Lewis Brisbois Bisgaard & Smith, L.L.P. I am familiar with what lawyers of similar expert ability in the State of Texas are charging for similar services rendered in connection with the defense of similar matters. I have been continuously licensed in the State of Texas since 2001, and I have not been the subject of any disciplinary proceedings or grievances. My resume is attached to this Affidavit as Exhibit 2, is incorporated by reference as if set out fully herein and includes additional detail regarding my knowledge, education, background and experience.

5. In connection with my defense of this case, Defendant has incurred, to date, attorney fees and costs in the amount of $117,183.40 with regard to defending against the challenged causes of action which were dismissed on November 10, 2014 and are recoverable pursuant to Texas Rule of Civil Procedure 91a.7. The challenged causes of action comprised Plaintiffs complete lawsuit against Defendant for the life of the litigation until Plaintiffs' Fourth Amended Petition which appears to have added a claim for breach of fiduciary duty against Defendant. As Plaintiffs failed to nonsuit this new allegation following the hearing on the 91a Motion to Dismiss, counsel recently inquired whether or not an additional 91a Motion to Dismiss related to this cause of action would be necessary. Exhibit 3 to this Affidavit is a true and correct copy of email correspondence to opposing counsel reflecting the inquiry which was made and kept in the regular course of business at the time noted on the same by a person with knowledge and is incorporated by reference as if set out fully herein. In light of Plaintiffs failure to timely respond, an additional 91a Motion to Dismiss will be required. Fees related to the same will be segregated should it prove necessary. However, to the date of this fee application, Defendant has not incurred any fees or costs solely related to Plaintiffs' new allegation against Silverado for breach of fiduciary duty at

---

[1] Unredacted records are being simultaneously submitted to the Court for *in camera* review and inspection.

4846-9716-7648.1

Paragraph 88 of the Fourth Amended Petition; therefore, segregation of fees related to this cause of action is not necessary at this time.

6. Such fees include, but are not limited to, the investigation into allegations made by plaintiff, preparing pleadings and motions in defense of Defendant, discovery including depositions, communication with client and all other counsel, hearing attendance and necessary investigation work, preparation of this motion and the necessary legal research required for its completion. These actions were reasonable and necessary for the representation of Silverado. Please see the records attached hereto as Exhibit 1 and incorporated by reference as if set out fully herein for a detailed accounting of the services performed, who performed them, at what hourly rate, when they were performed, and how much time the work required to complete.

7. The amount requested for all costs and reasonable and necessary fees incurred with respect to the challenged causes of action reflects the number of hours spent (330.6 hours of partner time; 343.1 hours of associate time and 23.6 hours of law clerk time) at the amount charged by an hour rate of $190 per hour for partners, $175 per hour for associates and $65 per hour for Law Clerks.[2] In my opinion, all of the time spent and expenses incurred were reasonable and necessary.

8. Plaintiffs chose to pursue a federal lawsuit in furtherance of the pending state court matter forcing Defendant to incur reasonable and necessary fees defending against the challenged causes of action.[3] Plaintiffs attempt to recover their federal fees as part of the state court proceeding, but in an abundance of caution and for the convenience of the Court, Defendant segregates and identifies that of the amounts identified above it has incurred, to date, attorney fees in the amount of $18,830.00 with regard to defending against the federal lawsuit filed contemporaneously with this state court proceeding.

9. If Plaintiffs find it necessary to file a Motion to Reconsider and/or Rescind, it is my opinion that $2,500.00 would be the reasonable and necessary fees for handling the responsive briefing and hearing related to the same. If the matter is appealed, it is my opinion that $10,000.00 would be the reasonable and necessary fees for handling the appellee's case in the court of appeals, $7,500.00 if plaintiff files a Writ of Error or Petition for Review with the Supreme Court of Texas, and $7,500.00 if the Writ of Error or Petition for Review is Granted by the Supreme Court of Texas.

---

[2] A contractual rate increase went into effect on September 1, 2014 for this client. A lower rate or $175 per hour for partners, $160 per hour for associates and the same rate of $65 per hour for law clerks was previously charged as reflected on the itemized invoices.

[3] *See* Supplement to Application for Payment of Attorney's Fees and Expenses, Expert witness Fees and Expenses and Costs of Court, on file with the Court and incorporated by reference as if set out herein, at paragraph one and at Candice Schwager's itemized invoices wherein she attempts to have the estate of Ruby Peterson reimburse attorneys fees for the federal lawsuit following settlement with other parties.

4845-9716-7648.1

10. Additionally, it is anticipated that such request will require amendment to include costs related to the need for counsel to attend the hearing related to this fee application, the additional time required in preparation, and argument in support of this application. Further, it is anticipated that additional fees will be incurred in receipt of Plaintiffs' anticipated Response and the preparation of a Reply as necessary.

11. The above stated fees are in my opinion reasonable and necessary in relation to the customary fees charged for the same or similar services in Harris County, Texas, considering the experience, reputation, and ability of myself and the attorneys at Lewis Brisbois Bisgaard & Smith, L.L.P. who have worked on this case, the controversy involved, the time limitations imposed, the results obtained, and the nature and length of the relationship between Lewis Brisbois Bisgaard & Smith, L.L.P. and Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land."

FURTHER AFFIANT SAYETH NOT.



_____
JOSH K. DAVIS, Affiant

SWORN TO and SUBSCRIBED before me by Josh K. Davis , Affiant, on the 1st day of December, 2014.

_____
Notary Public, State of Texas

DENEISHA N. FISCHER
Notary Public, State of Texas
My Commission Expires
August 31, 2017

4846-9716-7648.1

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

September 30, 2014
Invoice No.    1391812

CNA Specialty Claims
P.O. Box ▮▮▮
Chicago, Illinois 60680-8317

Attn: ▮▮▮▮▮▮
Claim Consultant

Re: Peterson v Silverado Senior Living
Our File No.:          50013-1476

Court                    129T
Court Case No.        2014-40980
Your No.:             ▮▮▮▮▮▮▮▮▮

| | |
|---|---:|
| Current Fees through 08/31/14 | 47,427.50 |
| Current Disbursements through 08/31/14 | 106.17 |
| Total Current Charges | 47,533.67 |

*** Please return this page with your payment. ***

*Life To Date Fees Billed:      47,427.50
*Life To Date Disb. Billed:       106.17
*Life to Date Total Billed:      47,533.67

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT



EXHIBIT
1

Silverado Appx. 0282

No. 1-15-586-CV 3631

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

September 30, 2014
Invoice No.    1391812

CNA Specialty Claims
P.O. Box ▮
Chicago, Illinois 60680-8317

Attn:        ▮
        Claim Consultant

Re:  Peterson v Silverado Senior Living
Our File No.:          50013-1476

Court                129T
Court Case No.       2014-40980
Your No.:            ▮

| | |
|---|---:|
| Current Fees through 08/31/14 | 47,427.50 |
| Current Disbursements through 08/31/14 | 106.17 |
| Total Current Charges | 47,533.67 |

| | |
|---|---:|
| *Life To Date Fees Billed: | 47,427.50 |
| *Life To Date Disb. Billed: | 106.17 |
| *Life to Date Total Billed: | 47,533.67 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0283

No. 1-15-586-CV 3632

SSL000003

# Lewis Brisbois Bisgaard & Smith llp

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO  95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims Peterson v Silverado Senior Living | | 9/30/14 1391812 |
|---|---|---|---|---|

| Activity | | Current Bill | Life-to-Date Billed |
|---|---|---|---|
| **Period: Life to Date** | | | |
| **L1 . Case Assessment,Development,Administratn** | | | |
| L110 Fact Investigation/Development: | | 30,766.00 | 30,766.00 |
| L120 Analysis/Strategy: | | 13,688.50 | 13,688.50 |
| L130 Experts/Consultants: | | 35.00 | 35.00 |
| | Subtotal | 44,489.50 | 44,489.50 |
| **L2 . Pre-Trial Pleadings and Motions** | | | |
| L210 Pleadings: | | 70.00 | 70.00 |
| L250 Other Written Motions & Submiss.: | | 2,343.00 | 2,343.00 |
| | Subtotal | 2,413.00 | 2,413.00 |
| **L3 . Discovery** | | | |
| L330 Depositions: | | 35.00 | 35.00 |
| L360 On Site Inspections | | 35.00 | 35.00 |
| | Subtotal | 70.00 | 70.00 |
| **L4 . Trial Preparation and Trial** | | | |
| L450 Trial & Hearing Attendance: | | 455.00 | 455.00 |
| | Subtotal | 455.00 | 455.00 |
| | **Total Fees** | 47,427.50 | 47,427.50 |
| **Disbursements** | | | |
| E101 Copying | | .77 | .77 |
| E112 Court Fees | | 5.40 | 5.40 |
| E115 Deposition Transcripts | | 100.00 | 100.00 |
| | **Total Disbursements** | 106.17 | 106.17 |
| | **Total Current Charges** | 47,533.67 | 47,533.67 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0284

SSL000004

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 9/30/14 |
| JKD1 | | Peterson v Silverado Senior Living | | 1391812 |
| | | | | Page 1 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 7/18/14 | JMS | Fact Investigation/Development: Research: Researched ████████ | 1.2 | 192.00 |
| 7/18/14 | JMS | Fact Investigation/Development: Review/Analyze ████████ | 2.3 | 368.00 |
| 7/18/14 | KEJ | Fact Investigation/Development: Review/Analyze ████████ | .8 | 140.00 |
| 7/21/14 | JKD | Fact Investigation/Development: Review/Analyze ████████ | .6 | 105.00 |
| 7/21/14 | JMS | Fact Investigation/Development: Draft/Revise: Continued drafting original answer, application for temporary restraining order and temporary injunctions and order on same. | 3.9 | 624.00 |
| 7/21/14 | JMS | Fact Investigation/Development: Communicate(With Client): Exchanged multiple correspondences with clients regarding ████████ | 1.0 | 160.00 |
| 7/21/14 | JMS | Fact Investigation/Development: Review/Analyze ████████ | 1.6 | 256.00 |
| 7/21/14 | JMS | Fact Investigation/Development: Communicate(Other Outside Counsel): Telephone call with counsel for co-defendants, patient's POA relatives, regarding ████████ | .3 | 48.00 |
| 7/23/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with ████ regarding ████████ Prepare for telephone conference by ████ | .8 | 140.00 |
| 7/23/14 | JMS | Fact Investigation/Development: Communicate(With Client): Telephone conference with ████ regarding ████ | .4 | 64.00 |
| 7/23/14 | JMS | Fact Investigation/Development: Draft/Revise: Drafted Defendants' Original Answer and Request for Disclosure in response to Plaintiff's Original Petition. | 1.4 | 224.00 |
| 7/23/14 | JMS | Fact Investigation/Development: Draft/Revise: Began drafting Defendants' Response to Plaintiffs' Emergency Application for Temporary Restraining Order. | 1.9 | 304.00 |
| 7/23/14 | JMS | Fact Investigation/Development: Research ████████ | 3.3 | 528.00 |
| 7/24/14 | JKD | Fact Investigation/Development: Review/Analyze ████████ | 1.2 | 210.00 |
| 7/24/14 | JKD | Fact Investigation/Development: Communicate(Other External): Conduct lengthy telephone conference with Sarah Pacheco, counsel for family, regarding ████████ Attend hearing on Motion to Transfer for observation and unofficial position statement to the court. | 3.6 | 630.00 |
| 7/24/14 | JMS | Fact Investigation/Development: Appear For/Attend: Appeared for and monitored | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0285

No. 1-15-586-CV **3634**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 9/30/14 |
|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | Page | 1391812 |
| | | | | 2 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | hearing on co-defendants' motion to transfer case to guardianship proceeding in probate court. | 2.5 | 400.00 |
| 7/24/14 | JMS | Fact Investigation/Development: Review/Analyze ███████████ | | |
| | | ███████████████████████ | 2.6 | 416.00 |
| 7/25/14 | JKD | Fact Investigation/Development: Review/Analyze ██████████████████████ Prepare responsive emails, pleadings, correspondence and Rule 11 agreements. Appear for and attend numerous telephone conferences regarding same and handling of reporting. | 10.0 | 1,750.00 |
| 7/25/14 | JMS | Fact Investigation/Development: Review/Analyze ██████████████ | | |
| | | | 2.6 | 416.00 |
| 7/25/14 | JMS | Fact Investigation/Development: Review/Analyze ████████████ | .3 | 48.00 |
| 7/25/14 | JMS | Fact Investigation/Development: Draft/Revise: Drafted proposed Rule 11 Agreement to Plaintiff's counsel regarding access to property and removal of exploitive content. | 1.1 | 176.00 |
| 7/25/14 | JMS | Fact Investigation/Development: Research ████████████████ | | |
| | | ████████████████ | 1.2 | 192.00 |
| 7/25/14 | JMS | Fact Investigation/Development: Draft/Revise: Revised Defendants' Original Answer in light of Plaintiffs' Amended Pleading. | .5 | 80.00 |
| 7/26/14 | JMS | Fact Investigation/Development: Review/Analyze: Reviewed and revised Defendant's Original Answer to include plead to the jurisdiction for lack of standing. | 1.2 | 192.00 |
| 7/27/14 | JKD | Fact Investigation/Development: Review/Analyze ██████████████████████ Multiple telephone conferences with facility personnel regarding ████████████████████ Prepared ███████████████ | 3.2 | 560.00 |
| 7/28/14 | JKD | Fact Investigation/Development: Plan & Prepare For: Prepare for and attend Hearing on Plaintiff's Injunction hearing, meeting with witnesses, counsel upon days conclusion. Preparation for second day. | 12.6 | 2,205.00 |
| 7/28/14 | JMS | Fact Investigation/Development: Communicate(With Client): Conference call with clients ████████████████████████ | .5 | 80.00 |
| 7/28/14 | JMS | Fact Investigation/Development: Communicate(With Client): Conference call with clients ████████████████████████ | .3 | 48.00 |
| 7/28/14 | JMS | Fact Investigation/Development: Review/Analyze ████████████████████ | 1.4 | 224.00 |
| 7/28/14 | JMS | Fact Investigation/Development: Plan & Prepare For: Prepared for and attended hearing on Plaintiffs' Application for Temporary Restraining Order and Temporary Injunctions wherein parties attempted to settle and case set for hearing tomorrow. | 7.5 | 1,200.00 |
| 7/29/14 | JKD | Fact Investigation/Development: Appear For/Attend: Appear for and attend Plaintiff's Injunction hearing, meeting upon conclusion with counsel for co-defendant. Telephone conference with client ████████████████ | 12.4 | 2,170.00 |
| 7/29/14 | JMS | Fact Investigation/Development: Appear For/Attend: Prepared for and attended hearing on Plaintiffs' application for temporary restraining order and request for temporary injunctions. | 8.5 | 1,360.00 |
| 7/29/14 | JMS | Fact Investigation/Development: Review/Analyze ████████████████ | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number 50013-1476 | CNA Specialty Claims | | 9/30/14 |
| JKD1 | Peterson v Silverado Senior Living | Page | 1391812  3 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| | | ████████████████████████████ | 2.2 | 352.00 |
| 7/30/14 | JKD | Fact Investigation/Development: Communicate(With Client): Meeting with ███ ██ for ████████████████████ Appear for and attend Plaintiff's Injunction hearing, meeting our court and counsel regarding ███ ██████ | 14.2 | 2,485.00 |
| 7/30/14 | JMS | Fact Investigation/Development: Appear For/Attend: Prepared for and attended hearing on Plaintiffs' Application for Temporary Restraining Order and request for Temporary Injunction. | 10.2 | 1,632.00 |
| 7/30/14 | JWB | Fact Investigation/Development: Draft/Revise: Draft/Revise: Draft report concerning ████████████████████ | 3.6 | 576.00 |
| 7/30/14 | LCC | Fact Investigation/Development: Research: Research ████████████ | .5 | 32.50 |
| 7/31/14 | JGB | Fact Investigation/Development: Communicate(Other External): Communications with ████████ re: ████████████████████ | .6 | 105.00 |
| 7/31/14 | JGB | Fact Investigation/Development: Review/Analyze: Receive and review correspondence from ████████ | .1 | 17.50 |
| 7/31/14 | JGB | Fact Investigation/Development: Communicate(With Client): Conference call with ███ ████████ | .3 | 52.50 |
| 7/31/14 | JGB | Fact Investigation/Development: Review/Analyze: Receive and begin analyzing ███ | 1.0 | 175.00 |
| 7/31/14 | JKD | Fact Investigation/Development: Communicate(With Client ████████████ | 3.2 | 560.00 |
| 8/01/14 | JGB | Fact Investigation/Development: Review/Analyze: Receive and analyze multiple correspondence and tel. calls from ████████ | 2.5 | 437.50 |
| 8/01/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with ████████ regarding ████████ | .4 | 70.00 |
| 8/01/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with ████████ regarding ████ | .8 | 140.00 |
| 8/01/14 | JKD | Fact Investigation/Development: Plan & Prepare For: Prepare for telephone conference with ████████ by ████████ | .4 | 70.00 |
| 8/01/14 | JKD | Fact Investigation/Development: Review/Analyze: Review ████ for ████████ | .5 | 87.50 |
| 8/01/14 | LCC | Fact Investigation/Development: Review/Analyze: Researched and reviewed ████████ | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO  95-3720522

| File Number 50013-1476 | CNA Specialty Claims | 9/30/14 |
| JKD1 | Peterson v Silverado Senior Living | 1391812 |
| | | Page 4 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 8/02/14 | JKD | Analysis/Strategy: Communicate(With Client) ▮▮▮▮▮▮ | 3.5 | 227.50 |
| 8/03/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt, review and exchange numerous emails with Candice Schwager, Kathleen Beduze and ▮ ▮garding▮ | 1.4 | 245.00 |
| 8/04/14 | JGB | Fact Investigation/Development: Communicate(With Client): Attend extensive conference call with ▮▮▮▮ re: ▮▮▮▮ | 1.5 | 262.50 |
| 8/04/14 | JGB | Fact Investigation/Development: Review/Analyze: Continued review of ▮▮ | 1.2 | 210.00 |
| 8/04/14 | JGB | Fact Investigation/Development: Plan & Prepare For: Tel. conferences with ▮▮▮ re: ▮▮▮ | 1.8 | 315.00 |
| 8/04/14 | JGB | Fact Investigation/Development: Review/Analyze: Receive and analyze ▮▮▮ | .5 | 87.50 |
| 8/04/14 | JGB | Fact Investigation/Development: Review/Analyze: Work on ▮▮ | .3 | 52.50 |
| 8/04/14 | JKD | Fact Investigation/Development: Communicate(Other External): Telephone conference with Kathleen Beduze regarding ▮▮▮ | 1.9 | 332.50 |
| 8/04/14 | JKD | Fact Investigation/Development: Communicate(Other External): Telephone conference with ▮▮▮ regarding ▮▮▮ | .4 | 70.00 |
| 8/04/14 | JKD | Fact Investigation/Development: Communicate(Other External): Exchange multiple emails with counsel for POA regarding ▮▮▮ | .3 | 52.50 |
| 8/04/14 | JKD | Fact Investigation/Development: Communicate(Other External): Exchange multiple emails with Phil Ross, Kathleen Beduze, GAL, AAL regarding ▮▮▮ | .6 | 105.00 |
| 8/04/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with ▮▮▮ regarding ▮▮▮ | .6 | 105.00 |
| 8/04/14 | JKD | Fact Investigation/Development: Research: Research ▮▮▮ | .3 | 52.50 |
| 8/04/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review of additional emails from Candice Schwager discussing request for additional experts to examine Ruby Peterson. | .4 | 70.00 |
| 8/04/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with ▮▮▮ | .4 | 70.00 |
| 8/04/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review of additional ▮▮▮ regarding ▮▮▮ | .2 | 35.00 |
| 8/04/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review of emails from Kathleen Beduze and Candice Schwager regarding Motion to Compel and Motion for Sanctions. | .3 | 52.50 |
| 8/04/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference ▮▮▮ regarding ▮▮▮ | .2 | 35.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

SSL000008

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number 50013-1476 | CNA Specialty Claims | | 9/30/14 |
| JKD1 | Peterson v Silverado Senior Living | Page | 1391812  5 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 8/04/14 | LCC | Fact Investigation/Development: Review/Analyze: Review ███████ | 1.3 | 227.50 |
| 8/05/14 | JGB | Fact Investigation/Development: Review/Analyze: Receive and review ████ | 3.5 | 227.50 |
| 8/05/14 | JKD | Fact Investigation/Development: Communicate(With Client): Exchange numerous emails ████████ regarding ██████ | 3.5 | 612.50 |
| 8/05/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review of ███ | .5 | 87.50 |
| 8/05/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review ████ analyzed ███ | .5 | 87.50 |
| 8/05/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with ███████ regarding ██████ | .7 | 122.50 |
| 8/05/14 | JKD | Fact Investigation/Development: Communicate(Other External): Exchange numerous emails regarding ████ | .6 | 105.00 |
| 8/05/14 | JKD | Fact Investigation/Development: Plan & Prepare For: Prepare email ████ | 1.2 | 210.00 |
| 8/05/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review of ███ analyzed ████ | .4 | 70.00 |
| 8/05/14 | JKD | Fact Investigation/Development: Communicate(Other External): Multiple telephone conferences with counsel for POA and discussions of issues related to ████ | 2.4 | 420.00 |
| 8/05/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review of multiple emails from Candice Schwager making threats of actions and discussing nonsensical claims for relief and associated case and hearing issues. | .4 | 70.00 |
| 8/05/14 | JKD | Fact Investigation/Development: Research ████ | .6 | 105.00 |
| 8/05/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with ████ regarding ████ | 1.2 | 210.00 |
| 8/05/14 | LCC | Fact Investigation/Development: Review/Analyze: Began review of ████ | .3 | 52.50 |
| 8/06/14 | BP | Fact Investigation/Development: Review/Analyze ████ | 1.2 | 78.00 |
| 8/06/14 | JGB | Fact Investigation/Development: Review/Analyze: Receive and analyze ████ | .5 | 80.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0289

No. 1-15-586-CV 3638

SSL000009

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number 50013-1476 | CNA Specialty Claims | 9/30/14 |
| JKD1 | Peterson v Silverado Senior Living | 1391812 |
| | | Page 6 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| | | ██████████████████████████ | 1.5 | 262.50 |
| 8/06/14 | JKD | Fact Investigation/Development: Communicate(With Client): Exchange emails with ██ regarding█ | .4 | 70.00 |
| 8/06/14 | JKD | Fact Investigation/Development: Communicate(With Client): Exchange emails with██ regarding█████████ | .3 | 52.50 |
| 8/06/14 | JKD | Fact Investigation/Development: Plan & Prepare For: Begin preparation of█ ████████████████████ | 7.2 | 1,260.00 |
| 8/06/14 | LCC | Fact Investigation/Development: Review/Analyze: Completed review of documents regarding█ | 1.1 | 71.50 |
| 8/07/14 | JKD | Fact Investigation/Development: Review/Analyze█ ██████████████ | 2.8 | 490.00 |
| 8/07/14 | JKD | Fact Investigation/Development: Communicate(Other External): Telephone conference with█ regarding█ | .1 | 17.50 |
| 8/07/14 | JKD | Fact Investigation/Development: Communicate(With Client): Exchange numerous emails with██ | 1.1 | 192.50 |
| 8/08/14 | JKD | Fact Investigation/Development: Communicate(Other External): Receipt and review Carol Manley's Response to Motion to Compel and for Sanctions. | .4 | 70.00 |
| 8/08/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with Kathleen Beduze regarding██ | .2 | 35.00 |
| 8/08/14 | JKD | Fact Investigation/Development: Review/Analyze█ regarding█ | .8 | 140.00 |
| 8/08/14 | JKD | Fact Investigation/Development: Plan & Prepare For: Prepare for meeting█ | .6 | 105.00 |
| 8/08/14 | JKD | Analysis/Strategy: Appear For/Attend: Attend meeting█ | 1.3 | 227.50 |
| 8/08/14 | JKD | Other Written Motions & Submiss.: Plan & Prepare For: Prepare for█ | .5 | 87.50 |
| 8/08/14 | JKD | Trial & Hearing Attendance: Appear For/Attend: Appear for and attend Hearing on Plaintiff's Motion to Compel and Motion for Sanctions, presented arguments to court in support of positions and collaborated on restrictions for visitation and examination. | 2.6 | 455.00 |
| 8/08/14 | JMS | Analysis/Strategy: Appear For/Attend: Meeting with ██████████ | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0290

No. 1-15-586-CV **3639**

SSL000010

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 9/30/14 |
|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | | 1391812 |
| | | | | Page 7 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/09/14 | JKD | Analysis/Strategy: Communicate(With Client) ███████ | .5 | 80.00 |
| 8/10/14 | JKD | Analysis/Strategy: Plan & Prepare For: Continue preparing for continuation of Injunction hearing in matter, analyzed ███████ | 2.3 | 402.50 |
| 8/11/14 | JKD | Analysis/Strategy: Appear For/Attend: Appear for and attend Injunction Hearing versus client. Present defense, examine witnesses and defend accusations of improper care and conduct. Continue preparations for next day of Hearing. | 3.2 | 560.00 |
| 8/11/14 | JMS | Analysis/Strategy: Plan & Prepare For: Prepared for and attended hearing on Plaintiff's motion for temporary restraining order and temporary injunctions. | 13.6 | 2,380.00 |
| 8/11/14 | RGC | Analysis/Strategy: Review/Analyze Review and revise Motion for Sanctions on Extrajudicial Statements and follow up | 10.4 | 1,664.00 |
| 8/12/14 | JKD | Analysis/Strategy: Appear For/Attend: Appear for and attend Injunction Hearing. Examined and presented witnesses in support of client defenses, examined adverse witness and presented legal argument to the court. Prepare lengthy post hearing email summary to Silverado management personnel. | .6 | 105.00 |
| 8/13/14 | CDS | Fact Investigation/Development: Draft/Revise: Peterson - Drafted research memo ███ | 10.8 | 1,890.00 |
| 8/13/14 | CDS | Fact Investigation/Development: Research ███████ | 1.7 | 110.50 |
| 8/13/14 | CDS | Other Written Motions & Submiss.: Draft/Revise: Began drafting motion for sanctions and contempt for Peterson case. | 1.1 | 71.50 |
| 8/13/14 | JKD | Other Written Motions & Submiss.: Review/Analyze ███████ | .8 | 52.00 |
| 8/13/14 | JKD | Analysis/Strategy: Review/Analyze ███████ | 1.3 | 227.50 |
| 8/13/14 | JKD | Analysis/Strategy: Communicate(With Client): Exchange multiple emails with ███████ regarding ███████ | .4 | 70.00 |
| 8/14/14 | CDS | Other Written Motions & Submiss.: Draft/Revise: Peterson - Drafted motion for sanctions and/or contempt against Candice Schwager. | .8 | 140.00 |
| 8/14/14 | JKD | Analysis/Strategy: Review/Analyze ███████ | .6 | 39.00 |
| 8/14/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of email correspondence from Russ Jones regarding ███████ | 1.1 | 192.50 |
| 8/14/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ███████ regarding ███████ | .1 | 17.50 |
| 8/14/14 | JKD | Analysis/Strategy: Review/Analyze ███████ | .1 | 17.50 |
| 8/14/14 | JKD | Analysis/Strategy: Draft/Revise: Exchange email with counsel regarding ███████ | .3 | 52.50 |
| 8/14/14 | JKD | Analysis/Strategy: Communicate(With Client): Prepare email correspondence to Silverado personnel regarding ███████ | .2 | 35.00 |
| 8/14/14 | JKD | Analysis/Strategy: Communicate(Other External): Exchange emails with ███████ | .2 | 35.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0291

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims Peterson v Silverado Senior Living | | 9/30/14 1391812 Page 8 |
|---|---|---|---|---|
| Date | Atty | Description of Services Rendered | Hours | Amount |
| | | ▇regarding ▇▇▇▇▇ | .4 | 70.00 |
| 8/14/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with Sarah Pacheco and Russ Jones regarding ▇▇▇▇▇ | .3 | 52.50 |
| 8/14/14 | JKD | Analysis/Strategy: Research▇ ▇▇▇▇▇ Prepared correspondence to plaintiff's counsel identifying location of video, discussing Rule 11 agreement and possible visitation restrictions. | .5 | 87.50 |
| 8/18/14 | JGB | Analysis/Strategy: Review/Analyze▇ | .4 | 70.00 |
| 8/18/14 | JKD | Analysis/Strategy: Communicate(Other External): Exchange emails with▇ regarding ▇▇▇▇▇ | .2 | 35.00 |
| 8/18/14 | JKD | Analysis/Strategy: Review/Analyze▇ | .2 | 35.00 |
| 8/19/14 | JKD | Fact Investigation/Development: Review/Analyze▇ ▇▇▇▇▇ | .7 | 122.50 |
| 8/19/14 | JKD | Analysis/Strategy: Communicate(With Client): Exchange numerous emails with Silverado management personnel regarding▇ | .8 | 140.00 |
| 8/19/14 | JMS | Analysis/Strategy: Draft/Revise: Drafted Silverado's First Amended Plea to the Jurisdiction, Original Answer and Counterclaim. | 1.1 | 176.00 |
| 8/20/14 | JKD | Fact Investigation/Development: Review/Analyze▇ ▇▇▇▇▇ | 1.2 | 210.00 |
| 8/20/14 | JKD | Analysis/Strategy: Review/Analyze▇ | 1.1 | 192.50 |
| 8/21/14 | JKD | Analysis/Strategy: Review/Analyze: Exchange numerous emails with▇ ▇▇▇▇▇ | 1.4 | 245.00 |
| 8/21/14 | JMS | Fact Investigation/Development: Research▇ | .3 | 48.00 |
| 8/22/14 | JKD | Analysis/Strategy: Draft/Revise▇ | .6 | 105.00 |
| 8/22/14 | JKD | Analysis/Strategy: Communicate(Other External): Receipt and review numerous emails regarding ▇▇▇▇▇ Telephone conference with▇ | .8 | 140.00 |
| 8/22/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare lengthy status report and matter summary▇ ▇▇▇▇▇ | 1.1 | 192.50 |
| 8/22/14 | JKD | Analysis/Strategy: Draft/Revise: Receipt and review numerous emails from▇ ▇▇▇▇▇ regarding▇ ▇▇▇▇▇Exchange numerous emails with▇ | .9 | 157.50 |
| 8/22/14 | JMS | Analysis/Strategy: Draft/Revise: Revised clients' first amended plea to the jurisdiction, original answer and counterclaim to include additional defenses including immunity | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

No. 1-15-586-CV 3641

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims<br>Peterson v Silverado Senior Living | | 9/30/14<br>1391812<br>Page 9 |
|---|---|---|---|---|
| Date | Atty | Description of Services Rendered | Hours | Amount |
| | | pursuant to durable power of attorney act. | .3 | 48.00 |
| 8/22/14 | JMS | Analysis/Strategy: Draft/Revise: Peterson: Began drafting argument section of motion to dismiss Plaintiffs' federal complaint pursuant to Fed. R. Civ. P. 12(b)(6). | 4.4 | 704.00 |
| 8/23/14 | JKD | Analysis/Strategy: Review/Analyze ██████████ | 1.4 | 245.00 |
| 8/25/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of numerous emails from ██████ | .7 | 122.50 |
| 8/25/14 | JKD | Analysis/Strategy: Draft/Revise: Receipt and review numerous emails from ███, regarding ██████ | 1.1 | 192.50 |
| 8/25/14 | JKD | Pleadings: Review/Analyze: Exchange emails with ██████ regarding ████ | .4 | 70.00 |
| 8/25/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ████ regarding ██████ | .8 | 140.00 |
| 8/25/14 | JKD | Analysis/Strategy: Plan & Prepare For: Telephone conference with ████ regarding ████ | .4 | 70.00 |
| 8/25/14 | JKD | Depositions: Review/Analyze: Receipt and review of correspondence from Sarah Pacheco regarding ████ | .2 | 35.00 |
| 8/25/14 | JKD | Experts/Consultants: Review/Analyze: Correspondence from Jill Young, Guardian Ad Litem, regarding ████ | .2 | 35.00 |
| 8/25/14 | JMS | Other Written Motions & Submiss.: Draft/Revise: Peterson: Continued drafting and revising Silverado's Second Motion for Sanctions and/or for Contempt against opposing counsel Candice Schwager regarding violation of Court's protective order. | 2.8 | 448.00 |
| 8/25/14 | JMS | Other Written Motions & Submiss.: Draft/Revise: Peterson: Drafted proposed orders on motions for sanctions and contempt Including potential additional gag order and/or detailed protective order. | 2.4 | 384.00 |
| 8/26/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review of email from Candice Schwager regarding response to Diane Wilson article. Prepare email in response addressing postings and handling moving forward. | .3 | 52.50 |
| 8/26/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of multiple emails from ██████ | .5 | 87.50 |
| 8/26/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ████ regarding ████ | .2 | 35.00 |
| 8/26/14 | JKD | Analysis/Strategy: Review/Analyze: Telephone conference with ████ regarding ████ | .9 | 157.50 |
| 8/26/14 | JKD | Analysis/Strategy: Plan & Prepare For: Plan and prepare for telephone conference and discussion of identified strategy and talking points. | .5 | 87.50 |
| 8/26/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of email from Beth Abbott | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

No. 1-15-586-CV **3642**

SSL000013

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800  FEDERAL I.D. NO  95-3720522

| File | 50013-1476 | CNA Specialty Claims | | 9/30/14 |
|---|---|---|---|---|
| Number | | Peterson v Silverado Senior Living | | 1391812 |
| JKD1 | | | Page | 10 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | | .5 | 87.50 |
| 8/26/14 | JMS | Other Written Motions & Submiss.: Draft/Revise: Continued drafting and revising motion for sanctions against opposing counsel Candice Schwager for extrajudicial statements including social media and blog posts regarding proceeding and lawyers. | 4.4 | 704.00 |
| 8/27/14 | JKD | Other Written Motions & Submiss.: Communicate(Other Outside Counsel): Telephone conference with Russ Jones regarding ▮▮▮ | .2 | 35.00 |
| 8/27/14 | JKD | Fact Investigation/Development: Communicate(Other Outside Counsel): Telephone conference with ▮▮▮ | .1 | 17.50 |
| 8/27/14 | JKD | Analysis/Strategy: Communicate(Other Outside Counsel): Telephone conference with Kathleen Beduze regarding ▮▮▮ | .2 | 35.00 |
| 8/27/14 | JKD | Other Written Motions & Submiss.: Research ▮▮▮ | .4 | 70.00 |
| 8/27/14 | JKD | Fact Investigation/Development: Review/Analyze ▮▮▮ | .4 | 70.00 |
| 8/27/14 | JKD | Analysis/Strategy: Review/Analyze ▮▮▮ | 1.6 | 280.00 |
| 8/27/14 | JKD | Analysis/Strategy: Review/Analyze ▮▮▮ | .8 | 140.00 |
| 8/27/14 | JKD | Other Written Motions & Submiss.: Review/Analyze: Receipt and review of email from Russ Jones regarding ▮▮▮ | .2 | 35.00 |
| 8/27/14 | JKD | Other Written Motions & Submiss.: Draft/Revise: Continue drafting Defendant's Motion for Sanction and Motion for Contempt by incorporation of additional factual and legal arguments. Continue drafting Defendant's Motion for Sanctions based upon ethical duties. | 1.3 | 227.50 |
| 8/27/14 | JKD | Analysis/Strategy: Draft/Revise ▮▮▮ | .8 | 140.00 |
| 8/27/14 | JKD | Fact Investigation/Development: Review/Analyze ▮▮▮ | .1 | 17.50 |
| 8/27/14 | JMS | Other Written Motions & Submiss.: Draft/Revise: Peterson: Drafted Notice of Hearing on Motion for Contempt and/or Sanctions against Candice Schwager. | .1 | 16.00 |
| 8/27/14 | JMS | Fact Investigation/Development: Review/Analyze ▮▮▮ | .6 | 96.00 |
| 8/27/14 | JMS | Fact Investigation/Development: Review/Analyze ▮▮▮ | 1.3 | 208.00 |
| 8/28/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of correspondence from Jill Young regarding ▮▮▮ | .1 | 17.50 |
| 8/28/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ▮▮▮ | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0294

No. 1-15-586-CV 3643

SSL000014

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 9/30/14 |
|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | | 1391812 |
| | | | | Page 11 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | regarding ██████ | .2 | 35.00 |
| 8/28/14 | JKD | Analysis/Strategy: Review/Analyze ██████ | 1.1 | 192.50 |
| 8/28/14 | JMS | Analysis/Strategy: Draft/Revise: Continued drafting motion to dismiss plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(6) and in the alternative motion for more definite statement. | 2.9 | 464.00 |
| 8/29/14 | JKD | Fact Investigation/Development: Communicate(Other Outside Counsel): Telephone conference with Jill Young regarding ██████ | .2 | 35.00 |
| 8/29/14 | JKD | On Site Inspections Draft/Revise: Prepare email correspondence to ██████ regarding ██████ | .2 | 35.00 |
| 8/29/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of email from Candice Schwager threatening to file grievance , prepared response email to all counsel regarding ██████ | .4 | 70.00 |
| 8/29/14 | JKD | Analysis/Strategy: Review/Analyze ██████ | .5 | 87.50 |
| 8/29/14 | JKD | Analysis/Strategy: Review/Analyze ██████ | .4 | 70.00 |
| 8/29/14 | JKD | Analysis/Strategy: Communicate(Other Outside Counsel): Telephone conference with Sarah Pacheco regarding ██████ | .2 | 35.00 |
| 8/29/14 | JKD | Other Written Motions & Submiss.: Draft/Revise: Receipt and review of email correspondence from Russ Jones regarding ██████ | .1 | 17.50 |
| 8/30/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of multiple emails from ██████ regarding ██████ | .4 | 70.00 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 8/08/14 | E112-Filing/Recording Fee Wells Fargo Commercial Card Services Trans Date: 07/28/2014 Efile TX.Gov Conv.Fee, Filing fee for answer. | | | 5.40 |
| 8/31/14 | Duplication | 11.00 | .07 | .77 |
| 8/27/14 | E115-Transcript Don G. Pylant Fee for Copy of Transcript | | | 100.00 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| Brian Pete | Associate | .5 | 160.00 | 80.00 |
| Codi D. Kraus | Law Clerk | 4.2 | 65.00 | 273.00 |
| John G. Browning | Partner | 15.6 | 175.00 | 2,730.00 |
| Joshua K. Davis | Partner | 161.5 | 175.00 | 28,262.50 |
| Jacob M. Stephens | Associate | 91.4 | 160.00 | 14,624.00 |
| John W. Busch | Associate | 3.6 | 160.00 | 576.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0295

No. 1-15-586-CV 3644

SSL000015

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims Peterson v Silverado Senior Living | | | 9/30/14 1391812 Page 12 |
|---|---|---|---|---|---|

| Recap of Services | | | Hours | Rate | Fees |
|---|---|---|---|---|---|
| Kristie E. Johnson | | Partner | .8 | 175.00 | 140.00 |
| Lauren C. Corbett | | Law Clerk | 9.8 | 65.00 | 637.00 |
| Ryan G. Cole | | Partner | .6 | 175.00 | 105.00 |
| | | Total | 288.0 | | 47,427.50 |

| | | |
|---|---|---|
| Total Fees | | 47,427.50 |
| Total Disbursements | | 106.17 |
| Total Current Charges | | 47,533.67 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0296

No. 1-15-586-CV **3645**

rroDoc® eFiling 2 - Filing Details    29357.04    Page 1 of 2

Peterson

# ProDoc°eFiling 2

logged in as priscilla.martinez@lewisbrisbois.com

Home | Submit Filing | Submit eService | My Filings | Resources |

« Back to All Filings                                          🖨 Print Page

**Filed Date & Time**

| Date: | Time: |
|---|---|
| Monday, July 28, 2014 | 9:26:50 AM |

**Filing Status Definitions**                **Envelope Information**

Envelope Number: 1957484          Court Assignment: Harris County Clerk - Probate
Case Category: Guardianship       Case Type: App for Temp Guardianship of a Incap. (Estate Only)
Cause Number: 427;208             Case Title:

| Envelope Fee | Est.Amount: |
|---|---|
| **ProDoc, Inc. or other provider fee:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **Court Fees:** | |
| Total Court Service Fees | $2.00 |
| **State eFiling System Processing Fees:** | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | **$5.40** |

**Payment Information**

Account Name: LBBS
Payment Method: Credit Card
Credit Card Type: VISA
Card Number: XXXX XXXX XXXX 6434
Card Expiration Date: 05/2017
Transaction Amount: $5.4
Transaction Status: Approved
Transaction ID: 3249299
Transaction Order ID: 001957484-0

**Personal Information**

Filer: Priscilla Martinez
Attorney of Record: Josh Davis
Firm or Organization: Lewis Brisbois Bisgaard & Smith, LLP
Bar Number: 24031993

**Service Recipients**

**Josh Davis**
Email:          Josh.Davis@lewisbrisbois.com
Status:         Sent
Service Opened: No

**Jill Young**
Email:          Jill.Young@annislawtexas.com
Status:         Sent
Service Opened: Yes
Served Date/Time: 1/1/0001 12:00:00 AM

**W. Jones**
Email:          wrjones001@aol.com
Status:         Sent
Service Opened: Yes
Served Date/Time: 7/28/2014 2:28:04 PM

**Kathleen Beduze**
Email:          beduze-efile@craincaton.com
Status:         Sent
Service Opened: Yes
Served Date/Time: 7/28/2014 2:27:58 PM

**Sarah Pacheco**
Email:          pacheco-efile@craincaton.com
Status:         Sent
Service Opened: Yes
Served Date/Time: 7/28/2014 2:27:55 PM

**Candice Schwager**
Email:          candice@elderlawatty.com
Status:         Sent
Service Opened: Yes
Served Date/Time: 1/1/0001 12:00:00 AM

**Michael Hirsch**
Email:          mhirsch@ssbplaw.com
Status:         Sent
Service Opened: Yes
Served Date/Time: 7/28/2014 2:27:32 PM

(34)

https://www.prodocefile.com/ViewFiling.aspx?param=1957484          8/1/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 000191Y5-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1779789 Dist: 4071822 | Date: 8/08/14 | Amount: | 5.40 |

Silverado Appx. 0297

No. 1-15-586-CV **3646**

SSL000017

Answer

| Filing Fees | | Filing Information |
|---|---|---|
| Total Filing Fees: | $0.00 | Current Status: ✓ accepted |
| | | Accepted Date/Time: 7/28/2014 11:21:25 AM |
| | | Filing Description: Answer |
| | | Reference Number: Peterson F023.01 |

Document Information

Document(s) Filed:
Lead Document:
Original - PETERSON - Answer RFD.pdf [Does not contain sensitive data]
Transmitted - PETERSON - Answer RFD.pdf [Does not contain sensitive data]

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

https://www.prodocefile.com/ViewFiling.aspx?param=1957484          8/1/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 000191Y5-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1779789 Dist: 4071822 | Date: 8/08/14 | Amount: | 5.40 |

Lewis Brisbois Bisgaard & Smith LLP

## Cost Advance Ticket
## Check Request

# HOU-100309

1. Check — Date Needed: ASAP
2. Type of Expense:

**\*\*Finance Committee approval required**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | Filing Fee | 5 | ☐ | Court Reporter Fee | | CR |
| ☐ | Witness Fee | 7 | ☐ | Mediation / Arbitration Fee\*\* | | AM |
| ☐ | Prof. Consulting / Service Fee | S | ☒ | COD Transcription (Invoice Needed)\*\* | | G |
| ☐ | Expert Witness Fee\*\* | J | ☐ | Reproduction / Copies | | R |
| ☐ | Jury Fees | JF | ☐ | Reproduction / Medical Records | | RR |
| ☐ | Deposition | H | | | | |

Any client-related requests over $500.00 require Lane Ashley's approval. All educational expenses/seminars require Karl Loureiro's approval.

3. Client and File Name: Silverado and Ruby Peterson v. Silverado
4. Client and Matter No.: 50013
5. Amount: $$100.00
6. Payee / Vendor: Don G. Pylant, C.S.R.
7. Mailing Address: Probate Court No. 1.
   201 Caroline Street
   6th Floor
   Houston, Texas 77002
8. Payee's Telephone No.: (713) 368-6692
9. Payee's Tax I.D. No.:
10. Explanation for billing purposes: Fee for copy of transcript

Attorney: Josh K. Davis  Ext. 4628
Secretary: Judy Jose  Ext. 4608

Auth. by/_____  Date 9/14/14
Signature

Return to: Nancy Davis
Floor: Houston

**Remember to have Attorney Sign and Attach all Supporting Backup**

| Vendor: | 83287 Don G. Pylant | | Doc ID: 000190U1-1 | Page | 1 of 2 |
|---|---|---|---|---|---|
| Voucher: | 1782497 Dist: 4079809 | | Date: 8/27/14 | Amount: | 100.00 |
| | | | Check#: 100466 | | |

Silverado Appx. 0299

No. 1-15-586-CV 3648

SSL000019

Don G. Pylant, C.S.R.
Official Court Reporter
Probate Court No. 1
201 Caroline Street, 6th fl.
Houston, Texas 77002
(713) 368-6692

August 13, 2014

Josh Davis
Attorney At Law
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046-2410
Telephone: (713) 659-6767

Attention: Judy Jose

Re:

TRIAL COURT CAUSE NO. 427,208

IN THE GUARDIANSHIP OF     *   IN THE PROBATE COURT

RUBY PETERSON,     *   NUMBER ONE OF

INCAPACITATED ADULT     *   HARRIS COUNTY, T E X A S

--------------------------------------------------------------------------

Transcription/Reporter's Record of the Objections and ruling of the video presentation at the Temporary Injunction hearing held on August 12, 2014, in the above-entitled and numbered cause, expedited, at your request

Due & Owing:     $100.00

Thank you,

Don G. Pylant

| Vendor: | 83287 | Don G. Pylant | | Doc ID: 000190U1-2 | Page | 2 of 2 |
|---------|-------|---------------|---|--------------------|------|--------|
| Voucher: | 1782497 | Dist: 4079809 | | Date: 8/27/14 | Amount: | 100.00 |
| | | | | Check#: 100466 | | |

Silverado Appx. 0300

No. 1-15-586-CV **3649**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

October 15, 2014
Invoice No.    1394324

CNA Specialty Claims
P.O. Box███████
Chicago, Illinois 60680-8317
  Attn:      ███████████
         Claim Consultant

Re:  Peterson v Silverado Senior Living
Our File No.:          50013-1476

Court                  129T
Court Case No.         2014-40980
Your No.:              ████████████

| | |
|---|---|
| Current Fees through 09/30/14 | 26,802.00 |
| Current Disbursements through 09/30/14 | 86.84 |
| Total Current Charges | 26,888.84 |

*** Please return this page with your payment. ***

| | |
|---|---|
| *Life To Date Fees Billed: | 72,332.40 |
| *Life To Date Disb. Billed: | 193.01 |
| *Life to Date Total Billed: | 72,525.41 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0301

No. 1-15-586-CV 3650

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

CNA Specialty Claims
P.O. Box███
Chicago, Illinois 60680-8317
  Attn:     ████████
              Claim Consultant

October 15, 2014
Invoice No.    1394324

Re:  Peterson v Silverado Senior Living
Our File No.:         50013-1476

Court            129T
Court Case No.     2014-40980
Your No.:        ████████

| | |
|---|---|
| Current Fees through 09/30/14 | 26,802.00 |
| Current Disbursements through 09/30/14 | 86.84 |
| Total Current Charges | 26,888.84 |

| | |
|---|---|
| *Life To Date Fees Billed: | 72,332.40 |
| *Life To Date Disb. Billed: | 193.01 |
| *Life to Date Total Billed: | 72,525.41 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0302

No. 1-15-586-CV 3651

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

File Number 50013-1476    CNA Specialty Claims
JKD1                      Peterson v Silverado Senior Living

10/15/14
1394324

| Activity | | Current Bill | Life-to-Date Billed |
|---|---|---|---|
| **Period: Life to Date** | | | |
| **L1 . Case Assessment,Development,Administratn** | | | |
| L110 Fact Investigation/Development: | | 2,517.00 | 32,052.39 |
| L120 Analysis/Strategy: | | 4,174.50 | 17,315.47 |
| L130 Experts/Consultants: | | 475.00 | 508.61 |
| L150 Budgeting: | | 456.00 | 456.00 |
| L160 Settlement/Non-Binding ADR: | | 57.00 | 57.00 |
| | Subtotal | 7,679.50 | 50,389.47 |
| | | | |
| **L2 . Pre-Trial Pleadings and Motions** | | | |
| L210 Pleadings: | | 7,455.00 | 7,522.21 |
| L240 Dispositive Motions: | | 1,585.50 | 1,585.50 |
| L250 Other Written Motions & Submiss.: | | 1,596.00 | 3,845.27 |
| | Subtotal | 10,636.50 | 12,952.98 |
| | | | |
| **L3 . Discovery** | | | |
| L320 Document Production: | | 152.00 | 152.00 |
| L330 Depositions: | | 76.00 | 109.61 |
| L340 Expert Discovery: | | 5,108.00 | 5,108.00 |
| L350 Discovery Motions: | | 3,150.00 | 3,150.00 |
| L360 On Site Inspections | | .00 | 33.61 |
| | Subtotal | 8,486.00 | 8,553.22 |
| | | | |
| **L4 . Trial Preparation and Trial** | | | |
| L450 Trial & Hearing Attendance: | | .00 | 436.73 |
| | Subtotal | .00 | 436.73 |
| | | | |
| | **Total Fees** | 26,802.00 | 72,332.40 |
| **Disbursements** | | | |
| E101 Copying | | 79.38 | 80.15 |
| E112 Court Fees | | 7.46 | 12.86 |
| E115 Deposition Transcripts | | .00 | 100.00 |
| | **Total Disbursements** | 86.84 | 193.01 |
| | | | |
| | **Total Current Charges** | 26,888.84 | 72,525.41 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0303

No. 1-15-586-CV **3652**

SSL000023

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO. 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | 10/15/14 |
| JKD1 | | Peterson v Silverado Senior Living | 1394324 |
| | | | Page 1 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 8/25/14 | CDS | Pleadings: Draft/Revise: Peterson - Drafted ▮▮▮▮▮ | 2.7 | 175.50 |
| 8/25/14 | CDS | Pleadings: Research: Peterson - Drafted ▮▮▮▮▮ | .8 | 52.00 |
| 8/26/14 | CDS | Pleadings: Research: Researched ▮▮▮▮▮ | 1.9 | 123.50 |
| 9/02/14 | JKD | Fact Investigation/Development: Draft/Revise ▮▮▮▮▮ | .2 | 38.00 |
| 9/02/14 | JKD | Experts/Consultants: Review/Analyze: Receipt and review of numerous emails from Russ Jones, Sarah Pacheco and Phil Ross regarding ▮▮▮▮▮ Prepared ▮ | .4 | 76.00 |
| 9/02/14 | JKD | Fact Investigation/Development: Review/Analyze ▮▮▮▮▮ | .6 | 114.00 |
| 9/03/14 | JKD | Other Written Motions & Submiss.: Review/Analyze: Exchange emails with ▮▮▮▮▮ regarding ▮ | .3 | 57.00 |
| 9/03/14 | JKD | Experts/Consultants: Review/Analyze ▮▮▮▮▮ | .3 | 57.00 |
| 9/03/14 | JKD | Experts/Consultants: Review/Analyze ▮▮▮▮▮ | .4 | 76.00 |
| 9/03/14 | JKD | Other Written Motions & Submiss.: Review/Analyze ▮▮▮▮▮ | .1 | 19.00 |
| 9/04/14 | CDS | Pleadings: Research: Researched ▮▮▮▮▮ | .6 | 39.00 |
| 9/04/14 | CDS | Pleadings: Research: Researched ▮▮▮▮▮ | 1.4 | 91.00 |
| 9/04/14 | JKD | Other Written Motions & Submiss.: Draft/Revise: Prepare ▮▮▮▮▮ | .2 | 38.00 |
| 9/04/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare ▮▮▮▮▮ | .4 | 76.00 |
| 9/04/14 | JKD | Analysis/Strategy: Review/Analyze ▮▮▮▮▮ | .2 | 38.00 |
| 9/04/14 | JKD | Fact Investigation/Development: Communicate(With Client): Telephone conference with ▮▮▮▮▮ regarding ▮ | .2 | 38.00 |
| 9/04/14 | JKD | Fact Investigation/Development: Review/Analyze: Exchange emails with ▮▮▮▮▮ regarding ▮ | .2 | 38.00 |
| 9/04/14 | JKD | Document Production: Draft/Revise: Redacted and prepared ▮▮▮▮▮ | .6 | 114.00 |
| 9/04/14 | JKD | Analysis/Strategy: Communicate(Other Outside Counsel): Telephone conference with ▮▮▮▮▮ regarding ▮ | .2 | 38.00 |
| 9/04/14 | JKD | Analysis/Strategy: Research: Receipt and review ▮▮▮▮▮ | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0304

No. 1-15-586-CV 3653

SSL000024

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims Peterson v Silverado Senior Living | | 10/15/14 1394324 Page 2 |
|---|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/04/14 | JKD | Other Written Motions & Submiss.: Review/Analyze | .4 | 76.00 |
| 9/04/14 | JKD | Analysis/Strategy: Review/Analyze: Exchange emails with regarding | .8 | 152.00 |
| 9/04/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with regarding | .6 | 114.00 |
| 9/04/14 | JKD | Other Written Motions & Submiss.: Research: Review and analyze recent Texas Supreme Court case regarding | .2 | 38.00 |
| 9/05/14 | JKD | Analysis/Strategy: Review/Analyze | .9 | 171.00 |
| 9/05/14 | JKD | Analysis/Strategy: Review/Analyze | .4 | 76.00 |
| 9/05/14 | JKD | Fact Investigation/Development: Review/Analyze | .7 | 133.00 |
| 9/08/14 | JKD | Analysis/Strategy: Review/Analyze | .5 | 95.00 |
| 9/08/14 | JKD | Analysis/Strategy: Draft/Revise: Receipt and review | .4 | 76.00 |
| 9/08/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review | .7 | 133.00 |
| 9/08/14 | JKD | Settlement/Non-Binding ADR: Communicate(Other Outside Counsel): Telephone conference with regarding | .3 | 57.00 |
| 9/11/14 | JKD | Expert Discovery: Review/Analyze | .3 | 57.00 |
| 9/11/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with regarding | .9 | 171.00 |
| 9/11/14 | JKD | Other Written Motions & Submiss.: Draft/Revise: Continue preparing | .2 | 38.00 |
| 9/11/14 | JKD | Analysis/Strategy: Draft/Revise: Begin preparing | .7 | 133.00 |
| 9/12/14 | CJ | Fact Investigation/Development: Draft/Revise: Begin review and revision | 4.3 | 817.00 |
| 9/12/14 | CJ | Pleadings: Draft/Revise: Initial review and analysis | .6 | 105.00 |
| 9/12/14 | JKD | Analysis/Strategy: Draft/Revise: Continue preparing | .6 | 105.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

SSL000025

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO  95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 10/15/14 |
|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | | 1394324 |
| | | | | Page    3 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | | 6.3 | 1,197.00 |
| 9/12/14 | JKD | Analysis/Strategy: Communicate(With Client): ▓▓▓▓ regarding ▓▓▓▓ | .4 | 76.00 |
| 9/13/14 | CJ | Fact Investigation/Development: Draft/Revise: Continue review and revision ▓▓ | 1.2 | 210.00 |
| 9/15/14 | CJ | Pleadings: Review/Analyze ▓▓▓▓ | 2.3 | 402.50 |
| 9/15/14 | CJ | Fact Investigation/Development: Review/Analyze ▓▓▓ | 4.8 | 840.00 |
| 9/15/14 | CJ | Fact Investigation/Development: Research ▓▓▓ | .6 | 105.00 |
| 9/15/14 | CJ | Pleadings: Draft/Revise: Begin drafting Objection and Response to Plaintiffs' Request for Accommodation. | .3 | 52.50 |
| 9/15/14 | JCL | Dispositive Motions: Draft/Revise: Review ▓▓▓ | .7 | 122.50 |
| 9/15/14 | JKD | Pleadings: Review/Analyze ▓▓ | .6 | 114.00 |
| 9/15/14 | JKD | Analysis/Strategy: Review/Analyze ▓▓▓ | .6 | 114.00 |
| 9/15/14 | JKD | Other Written Motions & Submiss.: Communicate(Other Outside Counsel): Telephone conference with counsel for POA regarding ▓▓▓ | .2 | 38.00 |
| 9/15/14 | JKD | Other Written Motions & Submiss.: Review/Analyze: Review ▓▓▓ | .9 | 171.00 |
| 9/15/14 | JKD | Analysis/Strategy: Communicate(Other Outside Counsel): Telephone conference with ▓▓▓ | .3 | 57.00 |
| 9/15/14 | JKD | Expert Discovery: Review/Analyze: Begin preparing Defendant's Designation of Expert Witnesses, incorporated fact and expert witness with reservation of expert impeachment and rebuttal in protection of client. | 2.3 | 437.00 |
| 9/15/14 | JKD | Fact Investigation/Development: Research ▓▓▓ | .7 | 133.00 |
| 9/15/14 | JKD | Expert Discovery: Plan & Prepare For: Begin preparing ▓▓▓ | 1.1 | 209.00 |
| 9/16/14 | CJ | Fact Investigation/Development: Draft/Revise: Final review and revisions ▓▓▓ | .8 | 140.00 |
| 9/16/14 | CJ | Fact Investigation/Development: Review/Analyze: Receipt, review and exchange correspondence and phone calls with ▓▓▓ regarding ▓▓▓ | 1.8 | 315.00 |
| 9/16/14 | CJ | Analysis/Strategy: Plan & Prepare For: Review voluminous ▓▓▓ | 2.3 | 402.50 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

No. 1-15-586-CV **3655**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number 50013-1476 JKD1 | CNA Specialty Claims Peterson v Silverado Senior Living | | 10/15/14 1394324 Page 4 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/16/14 | CJ | Pleadings: Review/Analyze: Receipt and review ▮▮▮ | 2.8 | 490.00 |
| 9/16/14 | CJ | Pleadings: Draft/Revise: Begin drafting Objection and Reply to Response to Sanctions. | 1.2 | 210.00 |
| 9/16/14 | CJ | Pleadings: Draft/Revise: Begin drafting Objections and Response to Plaintiffs' Request for Accommodations Under the ADA in preparation of the Sanctions hearing. | 1.7 | 297.50 |
| 9/16/14 | JCL | Discovery Motions: Review/Analyze: Review ▮▮▮ | .5 | 87.50 |
| 9/16/14 | JKD | Fact Investigation/Development: Research: Continue review ▮▮▮ | .6 | 114.00 |
| 9/16/14 | JKD | Fact Investigation/Development: Review/Analyze: Exchange emails with ▮▮▮ regarding ▮▮▮ | .3 | 57.00 |
| 9/16/14 | JKD | Analysis/Strategy: Review/Analyze: Exchange emails with ▮▮▮ regarding ▮▮▮ | .3 | 57.00 |
| 9/16/14 | JKD | Expert Discovery: Draft/Revise: Prepare Defendant's Response's to Requests for Disclosure and finalized Designation of Experts for compliance with scheduling order. | 1.6 | 304.00 |
| 9/16/14 | JKD | Pleadings: Draft/Revise: Prepare email correspondence to Russ Jones regarding | .1 | 19.00 |
| 9/16/14 | JKD | Other Written Motions & Submiss.: Review/Analyze: Exchange multiple emails with ▮▮▮ regarding ▮▮▮ | .4 | 76.00 |
| 9/16/14 | JKD | Pleadings: Review/Analyze: Receipt and review ▮▮▮ | 1.4 | 266.00 |
| 9/17/14 | CJ | Pleadings: Draft/Revise: Finalize and file Objections and Response to Plaintiffs' Request for Accommodations Under the ADA in preparation of the Sanctions hearing. | 4.8 | 840.00 |
| 9/17/14 | CJ | Pleadings: Draft/Revise: Finalize and file Defendants' Objections & Reply to Plaintiffs' Response to Motion for Sanctions. | 5.1 | 892.50 |
| 9/17/14 | CJ | Pleadings: Draft/Revise: Continue drafting the Objections and Reply to Plaintiffs' Response to Sanctions. | 5.4 | 945.00 |
| 9/17/14 | CJ | Fact Investigation/Development: Review/Analyze: Receipt and review ▮▮▮ | .2 | 35.00 |
| 9/17/14 | JCL | Discovery Motions: Research: Research ▮▮▮ | 3.6 | 630.00 |
| 9/17/14 | JCL | Discovery Motions: Research: Brief research ▮▮▮ | .3 | 52.50 |
| 9/17/14 | SPL | Fact Investigation/Development: Appear For/Attend: Meeting with ▮▮▮ to ▮▮▮ | .5 | 87.50 |
| 9/18/14 | CJ | Analysis/Strategy: Review/Analyze: ▮▮▮ | .6 | 105.00 |
| 9/18/14 | CJ | Fact Investigation/Development: Review/Analyze ▮▮▮ | .3 | 52.50 |
| 9/18/14 | JCL | Discovery Motions: Draft/Revise: Draft order for Defendants' response to Plaintiffs' motion for accommodation under the ADA | .5 | 87.50 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

SSL000027

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number 50013-1476 JKD1 | CNA Specialty Claims Peterson v Silverado Senior Living | | 10/15/14 1394324 Page 5 |
|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/18/14 | JCL | Discovery Motions: Appear For/Attend: Travel to courthouse for hearing on motion for sanctions; await hearing and return to office after hearing rescheduled due to weather | 2.8 | 490.00 |
| 9/18/14 | JKD | Other Written Motions & Submiss.: Plan & Prepare For: Plan and prepare for Defendants Motion for Contempt and Motion for Sanctions | 3.6 | 684.00 |
| 9/18/14 | JKD | Dispositive Motions: Appear For/Attend: Appear for and attend Hearing on Motion for Sanctions and Motion for Contempt, meeting with court and all counsel regarding need to reschedule hearing. | 2.2 | 418.00 |
| 9/18/14 | JKD | Expert Discovery: Plan & Prepare For: Begin preparations for deposition of Plaintiff's expert Mark Kunik, MD, | 2.3 | 437.00 |
| 9/19/14 | JCL | Discovery Motions: Draft/Revise: Draft subpoena to Counsel for Plaintiffs, Candice Schweger, for appearance at hearing on motion for sanctions; drafting duces tecum for her to bring all documentation regarding her alleged disability | 2.1 | 367.50 |
| 9/19/14 | JKD | Expert Discovery: Appear For/Attend: Appear for and attend deposition of Mark Kunik, M.D., conducted examination in defense of client issues and allegations made by plaintiff, meeting with defense counsel upon conclusion for | 5.7 | 1,083.00 |
| 9/20/14 | JKD | Pleadings: Review/Analyze | .9 | 171.00 |
| 9/22/14 | CJ | Dispositive Motions: Draft/Revise: Prepare Rule 91(a) Motion to Dismiss. | 2.8 | 490.00 |
| 9/22/14 | CJ | Pleadings: Draft/Revise: Revise First Amended Plea to the Jurisdiction and Answer subject thereto in support of Motion to Dismiss in preparation of filing. | .3 | 52.50 |
| 9/22/14 | JCL | Discovery Motions: Plan & Prepare For: Review | .5 | 87.50 |
| 9/22/14 | JKD | Pleadings: Review/Analyze: Receipt and review voluminous emails from Russ Jones, Kathleen Beduze, Candice Schwager and Judge Ruth Ann Stiles regarding Motions for Sanctions as set, Motion for Continuance and Court's position on hearings going forward. | .9 | 171.00 |
| 9/23/14 | CJ | Pleadings: Review/Analyze | 1.8 | 315.00 |
| 9/23/14 | CJ | Dispositive Motions: Draft/Revise: Continue preparation of the 91(a) Motion to Dismiss. | .8 | 140.00 |
| 9/23/14 | JCL | Discovery Motions: Draft/Revise: Research and drafting response to Plaintiffs' motion for protection and motion to compel meeting between Dr. Tennison and counsel and Ruby Peterson | 1.5 | 262.50 |
| 9/23/14 | JKD | Pleadings: Review/Analyze | .4 | 76.00 |
| 9/23/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare ▮▮▮ to ▮▮▮ discussing ▮▮▮ | .4 | 76.00 |
| 9/23/14 | JKD | Analysis/Strategy: Review/Analyze | .3 | 57.00 |
| 9/23/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ▮▮▮ regarding ▮▮▮ | .2 | 38.00 |
| 9/23/14 | JKD | Other Written Motions & Submiss.: Review/Analyze: Receipt and review of multiple | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0308

No. 1-15-586-CV 3657

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | | 10/15/14 |
|---|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | | | 1394324 |
| | | | | Page | 6 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | emails from all counsel and the court regarding rescheduling of hearings on Motions for Sanctions and related issues. | .3 | 57.00 |
| 9/23/14 | JKD | Pleadings: Review/Analyze ███████ | .5 | 95.00 |
| 9/23/14 | JKD | Depositions: Review/Analyze ███████ | .4 | 76.00 |
| 9/23/14 | JKD | Dispositive Motions: Draft/Revise: Continued preparing Defendant's Amended Special Appearance and Amended Original Answer and Motion to Dismiss. | .6 | 114.00 |
| 9/23/14 | JKD | Pleadings: Review/Analyze ███████ | 1.3 | 247.00 |
| 9/24/14 | CJ | Pleadings: Draft/Revise: Final revisions to First Amended Plea to the Jurisdiction & Answer subject thereto. | .3 | 52.50 |
| 9/24/14 | CJ | Dispositive Motions: Draft/Revise: Final revisions to Rule 91(a) Motion to Dismiss. | .2 | 35.00 |
| 9/24/14 | JCL | Discovery Motions: Draft/Revise: Finish drafting response to Plaintiffs' motion to compel examination by Dr. Tennison and by counsel for Plaintiffs | 2.9 | 507.50 |
| 9/24/14 | JKD | Pleadings: Draft/Revise: Continued preparing Defendants' Response to Plaintiff's Motion for Protection and Motion to Compel. | .7 | 133.00 |
| 9/24/14 | JKD | Pleadings: Review/Analyze ███████ | .6 | 114.00 |
| 9/24/14 | JKD | Pleadings: Review/Analyze ███████ | .4 | 76.00 |
| 9/25/14 | CJ | Expert Discovery: Plan & Prepare For: Initial telephone conference with ███████ | .2 | 35.00 |
| 9/25/14 | JCL | Discovery Motions: Draft/Revise: Drafting motion for leave to reply beyond deadline and sur-reply regarding motion to compel and Plaintiffs' new allegations | 3.3 | 577.50 |
| 9/25/14 | JKD | Pleadings: Draft/Revise ███████ review ███████ Analyzed ███████ | .5 | 95.00 |
| 9/25/14 | JKD | Pleadings: Draft/Revise: Prepare email correspondence to ███████ regarding ███████ | .4 | 76.00 |
| 9/25/14 | JKD | Document Production: Review/Analyze: Receipt and review of email correspondence from Candice Schwager regarding discovery responses. | .2 | 38.00 |
| 9/25/14 | JKD | Dispositive Motions: Draft/Revise: Finalized Defendant's Rule 91a Motion to Dismiss and Amended Special Appearance and Amended Original Answer, reviewed documents for location of necessary supportive exhibits and incorporated into motions and pleadings. | 1.4 | 266.00 |
| 9/25/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of email from Russ Jones regarding ███████ | .2 | 38.00 |
| 9/25/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare email correspondence to ███████ forwarding ███████ | .2 | 38.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

SSL000029

# Lewis Brisbois Bisgaard & Smith LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

File Number 50013-1476
JKD1

CNA Specialty Claims
Peterson v Silverado Senior Living

10/15/14
1394324
Page 7

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 9/25/14 | JKD | Pleadings: Review/Analyze ████████ | .5 | 95.00 |
| 9/26/14 | JKD | Experts/Consultants: Research ████████ | .6 | 114.00 |
| 9/26/14 | JKD | Experts/Consultants: Review/Analyze ████████ | .4 | 76.00 |
| 9/26/14 | JKD | Pleadings: Review/Analyze ████████ | .2 | 38.00 |
| 9/26/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare email correspondence ████ regarding ████ for ████ | .2 | 38.00 |
| 9/26/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare email correspondence to ████ regarding ████ | .1 | 19.00 |
| 9/26/14 | JKD | Expert Discovery: Plan & Prepare For: Begin preparation for expert deposition of Dr. John Tennison ████ | 1.3 | 247.00 |
| 9/26/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ████ regarding ████ | .2 | 38.00 |
| 9/26/14 | JKD | Budgeting: Draft/Revise: Begin review of ████ | 2.4 | 456.00 |
| 9/26/14 | JKD | Experts/Consultants: Communicate(Other External): Telephone conference with ████ | .3 | 57.00 |
| 9/28/14 | JKD | Expert Discovery: Plan & Prepare For: Completed preparations for deposition of John Tennison ████ | 1.2 | 228.00 |
| 9/29/14 | JKD | Expert Discovery: Appear For/Attend: Appear for and attend deposition of John Tennison, M.D. in defense of client, examine witness on defense and liability issues. | 10.3 | 1,957.00 |
| 9/30/14 | JCL | Pleadings: Draft/Revise: Review ████ | 1.2 | 210.00 |
| 9/30/14 | JKD | Experts/Consultants: Review/Analyze ████ | .1 | 19.00 |
| 9/30/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare comprehensive email on strategy ████ | .6 | 114.00 |
| 9/30/14 | JKD | Pleadings: Review/Analyze ████ | .9 | 171.00 |
| 9/30/14 | JKD | Pleadings: Draft/Revise: Prepare correspondence to ████ | .2 | 38.00 |
| 9/30/14 | JKD | Pleadings: Draft/Revise: Prepare correspondence to ████ | .3 | 57.00 |
| 9/30/14 | JKD | Pleadings: Review/Analyze ████ | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

No. 1-15-586-CV 3659

SSL000030

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims<br>Peterson v Silverado Senior Living | | 10/15/14<br>1394324<br>Page 8 |
|---|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | | .1 | 19.00 |
| 9/30/14 | JKD | Pleadings: Review/Analyze ███████████████ ███████████████ | .2 | 38.00 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 9/09/14 | E112-Filing/Recording Fee Wells Fargo Commercial Card Services Trans<br>Date: 08/27/2014 TXefile, Motion for contempt and sanctions against<br>Canidce Schwager. | - | | 7.46 |
| 9/30/14 | Duplication | 1134.00 | .07 | 79.38 |

| Recap of Services | | Hours | Effective<br>Rate | Fees |
|---|---|---|---|---|
| Codi D. Kraus | Law Clerk | 7.4 | 65.00 | 481.00 |
| Christian Johnson | Associate | 43.8 | 175.00 | 7,665.00 |
| Julianne C. Lomax | Associate | 19.9 | 175.00 | 3,482.50 |
| Joshua K. Davis | Partner | 79.4 | 190.00 | 15,086.00 |
| Salvatore P. LoPiccolo | Associate | .5 | 175.00 | 87.50 |
| | Total | 151.0 | | 26,802.00 |

| | |
|---|---|
| Total Fees | 26,802.00 |
| Total Disbursements | 86.84 |
| **Total Current Charges** | **26,888.84** |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT



| Statement Expenses | 09/08/2014 02:02 PM PT |
|---|---|
| | Requested By: DAVIS, NANCY |

**Cardholder Summary**

| Cardholder Name: | DAVIS, NANCY | Start Date: | 08/01/2014 |
|---|---|---|---|
| Card Number: | xxxx-xxxx-xxxx-5434 | End Date: | 08/31/2014 |
| Status: | Cardholder Reviewed | Reminder Period: | |
| Charges: | ▓▓▓▓▓▓▓ | 09/02/2014 through 09/05/2014 | |
| Out-of-pocket: | 0.00 USD | Grace Period: | |
| Total Amount: | ▓▓▓▓▓▓▓ | 09/06/2014 through 09/12/2014 | |

**Charges**

| 1. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 07/31/2014 | 08/01/2014 | Txefile 002005997-0 409-835-8580, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |

Description   Proposed Final Judgment

TYPE OF EXPENSE                    GL CODE                    OFFICE OR DB TYPE    5
CLIENT #    30584-449

| 2. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 07/31/2014 | 08/01/2014 | Txefile 002010215-0 409-835-8580, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |

Description   Defendants Second Amended Answer

TYPE OF EXPENSE                    GL CODE                    OFFICE OR DB TYPE    5
CLIENT #    27350-731

| 3. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 07/31/2014 | 08/01/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 0.06 USD / 0.06 |

Description   Proposed Final Judgment

TYPE OF EXPENSE                    GL CODE                    OFFICE OR DB TYPE    5
CLIENT #    30584-449

| 4. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 07/31/2014 | 08/01/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |

Description   Defendants Second Amended Answer

TYPE OF EXPENSE                    GL CODE                    OFFICE OR DB TYPE    5
CLIENT #    27350-731

| 5. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 07/31/2014 | 08/01/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |

Description   Rule 11 Agreement

TYPE OF EXPENSE                    GL CODE                    OFFICE OR DB TYPE    5
CLIENT #    33219-79

| 6. | | | Merchant | | Split | Unit | |
|---|---|---|---|---|---|---|---|

https://wellsonecard.wellsfargo.com/ccer/ksoPrintTransactionsPopup.do          9/8/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 00019FES-1 | Page | 1 of 6 |
|---|---|---|---|---|
| Voucher: | 1788906 Dist: 4099336 | Date: 9/09/14 | Amount: | 7.46 |

Silverado Appx. 0312

No. 1-15-586-CV 3661

| | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 07/31/2014 | 08/01/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Original Answer | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 31947-59 | | | | | |
| 7. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
| | 07/31/2014 | 08/01/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Order Granting Special Exceptions | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 34978-03 | | | | | |
| 8. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
| | 07/31/2014 | 08/01/2014 | Txefile 002009044-0 713-755-7300, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Rule 11 Agreement | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 33219-79 | | | | | |
| 9. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
| | 07/31/2014 | 08/01/2014 | Txefile 002009809-0 713-755-7300, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Original Answer | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 31947-59 | | | | | |
| 10. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
| | 07/31/2014 | 08/01/2014 | Txefile 002010435-0 713-755-7300, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Order Granting Special Exceptions | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 34978-03 | | | | | |
| 11. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
| | 08/02/2014 | 08/04/2014 | Hc District Clerk-edocweb 800-7452659, TX | No | | ADMIN(1) | 1.00 USD / 1.00 |
| | Description | Purchase Document | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 34709-02 | | | | | |
| 12. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
| | 08/01/2014 | 08/04/2014 | Txefile 002024608-0 409-835-8580, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Rule 11 Agreement | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 33219-82 | | | | | |
| 13. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
| | 08/01/2014 | 08/04/2014 | Txefile 002028629-0 409-835-8580, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |

https://wellsonecard.wellsfargo.com/ccer/ksoPrintTransactionsPopup.do          9/8/2014

Silverado Appx. 0313

No. 1-15-586-CV 3662

| | Description | Motion to Appoint Ad Litem | | | | | |
|---|---|---|---|---|---|---|---|
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 26188-690 | | | | | |

| 14. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Rule 11 Agreement | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 33219-82 | | | | | |

| 15. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.34 USD / 3.34 |
| | Description | Notice of Submission on No Evidence Summary Judgment | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 13271-60 | | | | | |

| 16. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.34 USD / 3.34 |
| | Description | No Evidence Summary Judgment | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 13271-60 | | | | | |

| 17. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.34 USD / 3.34 |
| | Description | Proposed Order | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 13271-60 | | | | | |

| 18. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 0.06 USD / 0.06 |
| | Description | Signed Rule 11 - Settlement | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 30584-456 | | | | | |

| 19. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Motion to Appoint Ad Litem | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 26188-690 | | | | | |

| 20. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Motion for Summary Judgment | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # | 26943-1578 | | | | | |

| 21. | | | Merchant | | Split | Unit | |
|---|---|---|---|---|---|---|---|

https://wellsonecard.wellsfargo.com/ccer/ksoPrintTransactionsPopup.do                9/8/2014

Silverado Appx. 0314

No. 1-15-586-CV **3663**

| | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Motion for Summary Judgment | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE 5 | |
| | CLIENT # 25943-1578 | | | | | | |

| 22. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Motion for Summary Judgment | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE 5 | |
| | CLIENT # 25943-1578 | | | | | | |

| 23. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Motion for Summary Judgment | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE 5 | |
| | CLIENT # 25943-1578 | | | | | | |

| 24. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Notice of Hearing on Motion for Summary Judgment | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE 5 | |
| | CLIENT # 25943-1578 | | | | | | |

| 25. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Original Answer | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE 5 | |
| | CLIENT # 33219-75 | | | | | | |

| 26. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Original Answer | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE 5 | |
| | CLIENT # 26572-193 | | | | | | |

| 27. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Signed Rule 11 for Settlement | | | | | |
| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE 5 | |
| | CLIENT # 30584-403 | | | | | | |

| 28. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 10.54 USD / 10.54 |
| | Description | Original Petition | | | | | |

https://wellsonecard.wellsfargo.com/ccer/ksoPrintTransactionsPopup.do                9/8/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 00019FES-4 | Page | 4 of 6 |
|---|---|---|---|---|
| Voucher: | 1788906 Dist: 4099336 | Date: 9/09/14 | Amount: | 7.46 |

Silverado Appx. 0315

No. 1-15-586-CV 3664

SSL000035

| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # 26188-690 | | | | | | |

| 29. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split Unit | | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Efile Tx.gov Conv.fee 866-236-2331, TX | No | | ADMIN(1) | 3.40 USD / 3.40 |
| | Description | Certificate of Written Discovery | | | | | |

| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # 25943-1921 | | | | | | |

| 30. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split Unit | | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Txefile 002014081-0 210-335-2703, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Motion for Summary Judgment | | | | | |

| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # 25943-1578 | | | | | | |

| 31. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split Unit | | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Txefile 002013569-0 713-755-7300, TX | No | | ADMIN(1) | 249.00 USD / 249.00 |
| | Description | Original Petition | | | | | |

| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # 26188-690 | | | | | | |

| 32. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split Unit | | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Txefile 002020857-0 713-755-7300, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Motion for Summary Judgment | | | | | |

| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # 25943-1578 | | | | | | |

| 33. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split Unit | | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Txefile 002024230-0 713-755-7300, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Motion for Summary Judgment | | | | | |

| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # 25943-1578 | | | | | | |

| 34. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split Unit | | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Txefile 002024308-0 713-755-7300, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Motion for Summary Judgment | | | | | |

| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # 25943-1578 | | | | | | |

| 35. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split Unit | | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
| | 08/01/2014 | 08/04/2014 | Txefile 002024386-0 713-755-7300, TX | No | | ADMIN(1) | 2.00 USD / 2.00 |
| | Description | Notice of Hearing on Motion for Summary Judgment | | | | | |

| | TYPE OF EXPENSE | | GL CODE | | | OFFICE OR DB TYPE | 5 |
| | CLIENT # 25943-1578 | | | | | | |

| 36. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split Unit | | Amount / Original Currency |
|---|---|---|---|---|---|---|---|

https://wellsonecard.wellsfargo.com/ccer/ksoPrintTransactionsPopup.do          9/8/2014

Silverado Appx. 0316

No. 1-15-586-CV 3665

|  |  | 08/01/2014 | 08/04/2014 | Txefile 002024445-0 713-755-7300, TX | No |  |  | ADMIN(1) | 2.00 USD / 2.00 |
|---|---|---|---|---|---|---|---|---|---|
|  | Description | Notice of Hearing |  |  |  |  |  |  |  |
|  | TYPE OF EXPENSE |  |  | GL CODE |  |  | OFFICE OR DB TYPE | 5 |  |
|  | CLIENT # | 30584-456 |  |  |  |  |  |  |  |

| 37. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
|  | 08/01/2014 | 08/04/2014 | Txefile 002024527-0 713-755-7300, TX | No |  | ADMIN(1) | 2.00 USD / 2.00 |
| Description | Original Answer |
| TYPE OF EXPENSE | GL CODE | OFFICE OR DB TYPE | 5 |
| CLIENT # | 33219-75 |

| 38. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
|  | 08/01/2014 | 08/04/2014 | Txefile 002026789-0 713-755-7300, TX | No |  | ADMIN(1) | 2.00 USD / 2.00 |
| Description | Original Answer |
| TYPE OF EXPENSE | GL CODE | OFFICE OR DB TYPE | 5 |
| CLIENT # | 26572-193 |

| 39. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
|  | 08/01/2014 | 08/04/2014 | Txefile 002027011-0 713-755-7300, TX | No |  | ADMIN(1) | 2.00 USD / 2.00 |
| Description | Signed Rule 11 for Settlement |
| TYPE OF EXPENSE | GL CODE | OFFICE OR DB TYPE | 5 |
| CLIENT # | 30584-403 |

| 40. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
|  | 08/01/2014 | 08/04/2014 | Txefile 002028754-0 713-755-7300, TX | No |  | ADMIN(1) | 2.00 USD / 2.00 |
| Description | Certificate of Written Discovery |
| TYPE OF EXPENSE | GL CODE | OFFICE OR DB TYPE | 5 |
| CLIENT # | 25943-1921 |

| 41. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
|  | 08/04/2014 | 08/05/2014 | Txefile 002035284-0 409-835-8580, TX | No |  | ADMIN(1) | 2.00 USD / 2.00 |
| Description | Original Answer |
| TYPE OF EXPENSE | GL CODE | OFFICE OR DB TYPE | 5 |
| CLIENT # | 6906-711 |

| 42. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
|  | 08/04/2014 | 08/05/2014 | Txefile 002037715-0 409-835-8580, TX | No |  | ADMIN(1) | 2.00 USD / 2.00 |
| Description | Motion to Dismiss |
| TYPE OF EXPENSE | GL CODE | OFFICE OR DB TYPE | 5 |
| CLIENT # | 3551-18 |

| 43. | Transaction Date | Posting Date | Merchant | Receipt Attached | Split | Unit | Amount / Original Currency |
|---|---|---|---|---|---|---|---|
|  | 08/04/2014 | 08/05/2014 | Txefile 002043479-0 409-835-8580, TX | No |  | ADMIN(1) | 2.00 USD / 2.00 |
| Description | Answer to Amended Petiton |
| TYPE OF EXPENSE | GL CODE | OFFICE OR DB TYPE | 5 |
| CLIENT # | 24659-665 |

https://wellsonecard.wellsfargo.com/ccer/ksoPrintTransactionsPopup.do                 9/8/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 00019FES-6 | Page | 6 of 6 |
|---|---|---|---|---|
| Voucher: | 1788906  Dist: 4099336 | Date: 9/09/14 | Amount: | 7.46 |

Silverado Appx. 0317

No. 1-15-586-CV 3666

SSL000037

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800      FEDERAL I.D. NO   95-3720522

November 17, 2014
Invoice No.    1408065

CNA Specialty Claims
P.O. Box ▮
Chicago, Illinois 60680-8317
  Attn: ▮▮▮▮▮▮
        Claim Consultant

Re:  Peterson v Silverado Senior Living
Our File No.:          50013-1476

Court                  129T
Court Case No.         2014-40980
Your No.:              ▮▮▮▮▮▮▮

| | |
|---|---:|
| Current Fees through 10/31/14 | 17,683.00 |
| Current Disbursements through 10/31/14 | 531.03 |
| Total Current Charges | 18,214.03 |

*** Please return this page with your payment. ***

| | |
|---|---:|
| *Life To Date Fees Billed: | 88,943.32 |
| *Life To Date Disb. Billed: | 724.04 |
| *Life to Date Total Billed: | 89,667.36 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0318

No. 1-15-586-CV 3667

SSL000038

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800    FEDERAL I.D. NO  95-3720522

November 17, 2014
Invoice No.    1408065

CNA Specialty Claims
P.O. Box ████
Chicago, Illinois 60680-8317

Attn:    ████████
         Claim Consultant

Re:  Peterson v Silverado Senior Living
Our File No.:        50013-1476

Court              129T
Court Case No.     2014-40980
Your No.:          ████████

| | |
|---|---|
| Current Fees through 10/31/14 | 17,683.00 |
| Current Disbursements through 10/31/14 | 531.03 |
| Total Current Charges | 18,214.03 |

| | |
|---|---|
| *Life To Date Fees Billed: | 88,943.32 |
| *Life To Date Disb. Billed: | 724.04 |
| *Life to Date Total Billed: | 89,667.36 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0319

No. 1-15-586-CV 3668

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO  95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims Peterson v Silverado Senior Living | | 11/17/14 1408065 |
|---|---|---|---|---|

| Activity | | Current Bill | Life-to-Date Billed |
|---|---|---|---|

**Period: Life to Date**

**L1 . Case Assessment,Development,Administratn**

| | | Current Bill | Life-to-Date Billed |
|---|---|---|---|
| L110 | Fact Investigation/Development: | 95.00 | 32,046.72 |
| L120 | Analysis/Strategy: | 1,910.00 | 19,058.49 |
| L130 | Experts/Consultants: | 38.00 | 527.61 |
| L150 | Budgeting: | .00 | 437.77 |
| L160 | Settlement/Non-Binding ADR: | 760.00 | 814.72 |
| | Subtotal | 2,803.00 | 52,885.31 |

**L2 . Pre-Trial Pleadings and Motions**

| | | | |
|---|---|---|---|
| L210 | Pleadings: | 4,626.50 | 11,850.51 |
| L230 | Court Mandated Conferences: | 114.00 | 114.00 |
| L240 | Dispositive Motions: | 2,024.50 | 3,546.59 |
| L250 | Other Written Motions & Submiss.: | 1,186.50 | 4,967.94 |
| | Subtotal | 7,951.50 | 20,479.04 |

**L3 . Discovery**

| | | | |
|---|---|---|---|
| L310 | Written Discovery: | 437.00 | 437.00 |
| L320 | Document Production: | 418.00 | 563.92 |
| L330 | Depositions: | 3,693.00 | 3,799.58 |
| L340 | Expert Discovery: | 589.00 | 5,492.63 |
| L350 | Discovery Motions: | 822.50 | 3,846.50 |
| L360 | On Site Inspections | .00 | 33.61 |
| | Subtotal | 5,959.50 | 14,173.24 |

**L4 . Trial Preparation and Trial**

| | | | |
|---|---|---|---|
| L450 | Trial & Hearing Attendance: | 969.00 | 1,405.73 |
| | Subtotal | 969.00 | 1,405.73 |

| | Total Fees | 17,683.00 | 88,943.32 |
|---|---|---|---|

**Disbursements**

| | | | |
|---|---|---|---|
| E101 | Copying | 20.02 | 100.17 |
| E112 | Court Fees | 76.38 | 89.24 |
| E113 | Subpoena Fees | 190.50 | 190.50 |
| E115 | Deposition Transcripts | 244.13 | 344.13 |
| | Total Disbursements | 531.03 | 724.04 |

| | Total Current Charges | 18,214.03 | 89,667.36 |
|---|---|---|---|

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

SSL000040

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number 50013-1476 | CNA Specialty Claims | | 11/17/14 |
|---|---|---|---|
| JKD1 | Peterson v Silverado Senior Living | | 1408065 |
| | | Page | 1 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/11/14 | JMS | Analysis/Strategy: Draft/Revise: Revised and finalized draft of second motion for sanctions against Candice Schwager to include additional social media posts. | 2.3 | 402.50 |
| 9/12/14 | JMS | Analysis/Strategy: Draft/Revise: Revised draft of motion to dismiss Plaintiffs' federal complaint. | 2.1 | 367.50 |
| 10/01/14 | JCL | Pleadings: Draft/Revise: Drafting answer for Southern District of Texas suit | .8 | 140.00 |
| 10/01/14 | JKD | Expert Discovery: Review/Analyze ▮▮▮ | 1.2 | 228.00 |
| 10/02/14 | JKD | Analysis/Strategy: Review/Analyze: Exchange emails with ▮▮▮ regarding ▮▮▮ | .1 | 19.00 |
| 10/02/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ▮▮▮ | .7 | 133.00 |
| 10/02/14 | JKD | Expert Discovery: Review/Analyze ▮▮▮ | .4 | 76.00 |
| 10/02/14 | JKD | Pleadings: Review/Analyze ▮▮▮ | .4 | 76.00 |
| 10/03/14 | JKD | Depositions: Plan & Prepare For: Begin preparations for depositions of plaintiffs Lonny and Mack Peterson ▮▮▮ | 4.2 | 798.00 |
| 10/03/14 | JKD | Pleadings: Review/Analyze ▮▮▮ | .9 | 171.00 |
| 10/06/14 | JCL | Pleadings: Draft/Revise: Continue drafting answer in federal court; ▮▮▮ | 2.0 | 350.00 |
| 10/06/14 | JKD | Depositions: Plan & Prepare For: Appear for and attend deposition of Mack Peterson, after witness no show, meeting with all counsel, taking of Certificate of Non Appearance and return to office. | 2.2 | 418.00 |
| 10/06/14 | JKD | Fact Investigation/Development: Review/Analyze: Exchange emails with ▮▮▮ regarding ▮▮▮ | .2 | 38.00 |
| 10/06/14 | JKD | Depositions: Review/Analyze ▮▮▮ | .2 | 38.00 |
| 10/06/14 | JKD | Depositions: Appear For/Attend: Appear for and attend deposition of Lonny Peterson via telephone conference; participated in Certificate of Non Appearance based upon witnesses failure to appear as noticed. | .5 | 95.00 |
| 10/06/14 | JKD | Pleadings: Draft/Revise: Prepare Amended Supoena and Process of Service for Candice Schwager compelling attendance at Motion for Sanctions Hearing and to bring responsive documentation to hearing on claimed disability. | .3 | 57.00 |
| 10/06/14 | JKD | Pleadings: Review/Analyze ▮▮▮ | .7 | 133.00 |
| 10/06/14 | JKD | Pleadings: Draft/Revise: Continue drafting of Defendant's Answer to Plaintiff's First Amended Original Complaint ▮▮▮ | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number 50013-1476 | CNA Specialty Claims | | 11/17/14 |
|---|---|---|---|
| JKD1 | Peterson v Silverado Senior Living | | 1408065 |
| | | | Page 2 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/07/14 | JKD | Pleadings: Review/Analyze ███████████████ | .9 | 171.00 |
| 10/07/14 | JKD | Analysis/Strategy: Review/Analyze ███████████ | .8 | 152.00 |
| 10/08/14 | ARE | Other Written Motions & Submiss.: Draft/Revise: Draft defendants' joinder in Rule 215 relief and supplemental motion for sanctions regarding plaintiff's failure to appear for their depositions | .1 | 19.00 |
| 10/08/14 | ARE | Other Written Motions & Submiss.: Draft/Revise: Draft declaration of J. Davis in support of defendants' joinder in Rule 215 relief and supplemental motion for sanctions regarding plaintiff's failure to appear for their depositions | 3.2 | 560.00 |
| 10/08/14 | ARE | Other Written Motions & Submiss.: Research: Conduct legal research regarding ███████████ | .6 | 105.00 |
| 10/08/14 | JCL | Pleadings: Research: Brief research on ███████████ | .7 | 122.50 |
| 10/08/14 | JKD | Depositions: Review/Analyze ███████████ | 1.0 | 175.00 |
| 10/08/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of email request from Phil Ross regarding visitation of Ruby Peterson by Mr. Ross and retained residency consultant. Prepared response objection to proposed visit. Reviewed responses from Guardian Ad Litem and Attorney Ad Litem to request. | .3 | 57.00 |
| 10/08/14 | JKD | Trial & Hearing Attendance: Review/Analyze: Receipt and review of emails from process server regarding attempts at service of Candice Schwager. | .4 | 76.00 |
| 10/08/14 | JKD | Trial & Hearing Attendance: Communicate(Other Outside Counsel): Telephone conference with Kathleen Beduze regarding ███████████ | .2 | 38.00 |
| 10/08/14 | JKD | Depositions: Review/Analyze: Receive confirmation email regarding Don Peterson's attendance at deposition. | .1 | 19.00 |
| 10/08/14 | JKD | Other Written Motions & Submiss.: Draft/Revise: Continued to prepare Motion for Sanctions based upon failure to appear at depositions for discovery violations. | .1 | 19.00 |
| 10/08/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare status report to ███████████ | .3 | 57.00 |
| 10/08/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare status update to ███████████ | .4 | 76.00 |
| 10/08/14 | JKD | Pleadings: Review/Analyze ███████████ | .4 | 76.00 |
| 10/08/14 | JKD | Pleadings: Review/Analyze ███████████ | .5 | 95.00 |
| | | | .4 | 76.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

## LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 11/17/14 |
|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | | 1408065 |
| | | | Page | 3 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/08/14 | JKD | Pleadings: Review/Analyze ███████████████████ | .2 | 38.00 |
| 10/08/14 | JKD | Depositions: Plan & Prepare For: Begin preparation for deposition of Don Peterson, ████████████████████ | 1.4 | 266.00 |
| 10/08/14 | JKD | Other Written Motions & Submiss.: Plan & Prepare For: Begin preparations for hearings on Defendant's Motion for Sanctions for violation of Protective Order, Motion for Sanctions for violation of Rules of Professional Responsibility and Rule 215 Discovery Sanctions motion █ | 1.6 | 304.00 |
| 10/09/14 | CDS | Pleadings: Review/Analyze ████████████████████ | 2.2 | 143.00 |
| 10/09/14 | JCL | Pleadings: Draft/Revise: Drafting memo on application of 5th amendment privilege to Schwager's testimony and on court's ability to order her deposition; convert same to motion and file | 4.4 | 770.00 |
| 10/09/14 | JCL | Pleadings: Appear For/Attend: Attend hearing on multiple Motions for Sanctions filed by Defendants against Plaintiffs' counsel | 4.0 | 700.00 |
| 10/09/14 | JKD | Trial & Hearing Attendance: Appear For/Attend: Appear for and attend Hearings on Defendant's Motion for Sanctions (2), Carol Manley's Motion for Protective Order and Motion for Sanctions, Attorney and Guardian Ad Litem's motion for fees and costs and Motion for Sanctions. | 4.6 | 874.00 |
| 10/09/14 | JKD | Analysis/Strategy: Communicate(Other Outside Counsel): Telephone conference with ██████████ regarding ██████████████ | .4 | 76.00 |
| 10/09/14 | JKD | Depositions: Appear For/Attend: Appear for and attend deposition of Don Peterson in defense of client, ████████████ | 5.6 | 1,064.00 |
| 10/10/14 | JCL | Pleadings: Draft/Revise: Edits to Defendants Answer to Plaintiffs' First Amended Original Complaint | .6 | 105.00 |
| 10/10/14 | JCL | Pleadings; Research: Begin research ███████████████ | .6 | 105.00 |
| 10/10/14 | JKD | Analysis/Strategy: Draft/Revise: Prepare lengthy status report to █████████ regarding █ | .5 | 95.00 |
| 10/10/14 | JKD | Fact Investigation/Development: Review/Analyze ████████████ | .2 | 38.00 |
| 10/10/14 | JKD | Fact Investigation/Development: Review/Analyze: Receipt and review of email from ██████████ regarding █ | .1 | 19.00 |
| 10/13/14 | JCL | Discovery Motions: Draft/Revise: Drafting response to Plaintiff's motion for leave to file supplemental designation | 4.7 | 822.50 |
| 10/13/14 | JCL | Pleadings: Draft/Revise: Drafting edits to federal answer | .8 | 140.00 |
| 10/13/14 | JKD | Analysis/Strategy: Review/Analyze: Receipt and review of multiple emails from ██████ regarding █ | .3 | 57.00 |
| 10/13/14 | JKD | Pleadings: Review/Analyze ████████████████████ | .9 | 171.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0323

No. 1-15-586-CV **3672**

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 11/17/14 |
|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | | 1408065 |
| | | | Page | 4 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/13/14 | JKD | Expert Discovery: Research | .6 | 114.00 |
| 10/13/14 | JKD | Pleadings: Draft/Revise: Continue preparing Defendant's Response to Motion for Leave, Motion for Protection or Compel. | .3 | 57.00 |
| 10/14/14 | JCL | Dispositive Motions: Research | 4.3 | 752.50 |
| 10/14/14 | JKD | Pleadings: Review/Analyze | .4 | 76.00 |
| 10/14/14 | JKD | Document Production: Review/Analyze: Receipt and review of email from Sarah Pacheco, counsel for POA, requesting ▓ Prepare response ▓ | .4 | 76.00 |
| 10/14/14 | JKD | Depositions: Draft/Revise: Exchange emails with Russ Jones, Sarah Pacheco regarding ▓ | .2 | 38.00 |
| 10/14/14 | JKD | Document Production: Draft/Revise: Prepare email correspondence to ▓ | .1 | 19.00 |
| 10/14/14 | JKD | Pleadings: Review/Analyze ▓ | .4 | 76.00 |
| 10/14/14 | JKD | Expert Discovery: Review/Analyze ▓ | .9 | 171.00 |
| 10/14/14 | JKD | Depositions: Draft/Revise: Prepare email response to all counsel regarding potential deposition of Jill Trevino, Lonny Peterson and other witnesses. Discussed attendance, coverage and conflict with late notice. | .3 | 57.00 |
| 10/14/14 | JKD | Analysis/Strategy: Review/Analyze ▓ | .2 | 38.00 |
| 10/14/14 | JKD | Trial & Hearing Attendance: Review/Analyze: Receipt and review of email from ▓ regarding ▓ | .1 | 19.00 |
| 10/14/14 | JKD | Experts/Consultants: Review/Analyze: Receipt and review of multiple emails from ▓ regarding ▓ | .2 | 38.00 |
| 10/14/14 | JKD | Analysis/Strategy: Review/Analyze: Exchange emails with ▓ regarding ▓ | .2 | 38.00 |
| 10/14/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ▓ regarding ▓ | .2 | 38.00 |
| 10/14/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ▓ regarding ▓ | .3 | 57.00 |
| 10/14/14 | JKD | Trial & Hearing Attendance: Review/Analyze: Receipt and review of email from ▓ regarding ▓ | .1 | 19.00 |
| 10/14/14 | JKD | Analysis/Strategy: Review/Analyze: Exchange emails with ▓ regarding ▓ | .1 | 19.00 |
| 10/15/14 | JCL | Pleadings: Draft/Revise: Amend answer to assert that injunction barred by res judicata; brief research ▓ | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0324

No. 1-15-586-CV 3673

SSL000044

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 11/17/14 |
|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | | 1408065 |
| | | | Page | 5 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| | | | .8 | 140.00 |
| 10/15/14 | JCL | Dispositive Motions: Research: Continued research ███████ | 3.1 | 542.50 |
| 10/15/14 | JCL | Dispositive Motions: Draft/Revise: Begin drafting 12(b)(6) on Plaintiffs' claims under 42 USC 1983 and Title III | 1.1 | 192.50 |
| 10/15/14 | JKD | Depositions: Review/Analyze ████████ | .2 | 38.00 |
| 10/16/14 | CJ | Depositions: Plan & Prepare For: Prepare to take the deposition of fact witness Donna Ochoa. | .7 | 122.50 |
| 10/16/14 | CJ | Depositions: Appear For/Attend: Attend and conduct the deposition of fact witness Donna Ochoa. | 3.1 | 542.50 |
| 10/16/14 | JCL | Pleadings: Draft/Revise: Review, edit, and submit proposed orders on sanctions; review of recent filings for similar orders or sanctions | 1.2 | 210.00 |
| 10/17/14 | JKD | Other Written Motions & Submiss.: Review/Analyze: Receipt and review of email correspondence from Court with attached Orders on Protective Order and Motion for Continuance of requested hearing. | .2 | 38.00 |
| 10/17/14 | JKD | Dispositive Motions: Draft/Revise: Prepare Defendant's Notice of Hearing on Defendant's Rule 91a Motion to Dismiss. | .2 | 38.00 |
| 10/17/14 | JKD | Document Production: Review/Analyze: Receipt and review of emails from Candice Schwager and other counsel regarding outstanding discovery and related issues. | .2 | 38.00 |
| 10/17/14 | JKD | Court Mandated Conferences: Review/Analyze ████████ | .6 | 114.00 |
| 10/17/14 | JKD | Settlement/Non-Binding ADR: Review/Analyze ████████ | .3 | 57.00 |
| 10/20/14 | JKD | Written Discovery: Review/Analyze ████████ | .1 | 19.00 |
| 10/20/14 | JKD | Pleadings: Review/Analyze ████████ | .6 | 114.00 |
| 10/20/14 | JKD | Settlement/Non-Binding ADR: Review/Analyze ████████ | .4 | 76.00 |
| 10/20/14 | JKD | Pleadings: Review/Analyze ████████ | .3 | 57.00 |
| 10/20/14 | JKD | Written Discovery: Review/Analyze: Receipt and review of email from Candice Schwager regarding discovery responses. | .1 | 19.00 |
| 10/20/14 | JKD | Written Discovery: Review/Analyze: Receipt and review of emails from Candice Schwager regarding discovery responses, supplementation and document production. | .2 | 38.00 |
| 10/21/14 | JKD | Analysis/Strategy: Communicate(With Client): Telephone conference with ████ regarding ████████ | .3 | 57.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

SSL000045

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

FEDERAL I.D. NO 95-3720522

| File Number | 50013-1476 | CNA Specialty Claims | | 11/17/14 |
|---|---|---|---|---|
| JKD1 | | Peterson v Silverado Senior Living | | 1408065 |
| | | | Page | 6 |

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/21/14 | JKD | Settlement/Non-Binding ADR: Review/Analyze: Receipt and review of emails from Jill Young and Phil Ross regarding mediation, mediators and availability. | .2 | 38.00 |
| 10/21/14 | JKD | Written Discovery: Review/Analyze: Receipt and review of voluminous emails from Candice Schwager regarding discovery responses, supplementation and links to videos. | .5 | 95.00 |
| 10/21/14 | JKD | Pleadings: Review/Analyze | .4 | 76.00 |
| 10/21/14 | JKD | Settlement/Non-Binding ADR: Communicate(Other Outside Counsel): Telephone conference with | .3 | 57.00 |
| 10/21/14 | JKD | Settlement/Non-Binding ADR: Review/Analyze: Receive and review numerous emails from Phil Ross, Russ Jones, Jill Young and Kathleen Beduze regarding | .5 | 95.00 |
| 10/22/14 | JKD | Document Production: Review/Analyze | .8 | 152.00 |
| 10/22/14 | JKD | Written Discovery: Review/Analyze | .7 | 133.00 |
| 10/22/14 | JKD | Settlement/Non-Binding ADR: Review/Analyze | .2 | 38.00 |
| 10/22/14 | JKD | Settlement/Non-Binding ADR: Review/Analyze: Review mediation confirmation correspondence from Kathleen Beduze. | .1 | 19.00 |
| 10/24/14 | JKD | Written Discovery: Draft/Revise: Receipt and review of email correspondence from Candice Schwager requesting discovery responses by Silverado. Reviewed file for receipt of discovery requests. Prepared response to Ms. Schwager denying receipt and requesting proof. | .7 | 133.00 |
| 10/24/14 | JKD | Document Production: Review/Analyze | .7 | 133.00 |
| 10/27/14 | CJ | Dispositive Motions: Review/Analyze | 1.0 | 175.00 |
| 10/27/14 | CJ | Pleadings: Review/Analyze | .3 | 52.50 |
| 10/27/14 | JKD | Settlement/Non-Binding ADR | .7 | 133.00 |
| 10/29/14 | CJ | Depositions: Draft/Revise: Summarize deposition of Donna Ochoa. | .5 | 87.50 |
| 10/29/14 | JKD | Analysis/Strategy: Draft/Revise: Receipt and review of email correspondence from regarding Prepare | .2 | 38.00 |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0326

No. 1-15-586-CV 3675

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800     FEDERAL I.D. NO  95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims Peterson v Silverado Senior Living | | 11/17/14 1408065 Page 7 |
|---|---|---|---|---|

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 10/29/14 | JKD | Dispositive Motions: Review/Analyze ████████████ | .6 | 114.00 |
| 10/30/14 | CJ | Depositions: Review/Analyze ████████ | .3 | 52.50 |
| 10/30/14 | CJ | Dispositive Motions: Research: Research ███████████ | 1.2 | 210.00 |
| 10/30/14 | JKD | Settlement/Non-Binding ADR: Review/Analyze: Receipt and review of emails from Kathleen Beduze and Russ Jones regarding ████████ | .2 | 38.00 |
| 10/30/14 | JKD | Analysis/Strategy: Review/Analyze ████████████ | 1.2 | 228.00 |
| 10/30/14 | JKD | Settlement/Non-Binding ADR: Draft/Revise: Prepare status update email to ████ regarding ████ | .5 | 95.00 |
| 10/31/14 | JKD | Settlement/Non-Binding ADR: Review/Analyze ████████ | .4 | 76.00 |
| 10/31/14 | JKD | Settlement/Non-Binding ADR: Draft/Revise: Prepare email correspondence to ████ | .2 | 38.00 |

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/12/2014 Efile TX.Gov Conv.Fee, Filing fee for notice of sanctions | | | 7.46 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/15/2014 Efile TX.Gov Conv.Fee, Filing fee for notice of hearing | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/17/2014 Efile TX.Gov Conv.Fee, Filing fee for defendant's designation of expert witness | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/17/2014 Efile TX.Gov Conv.Fee, Filing fee for defendant's objections and reply | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/18/2014 Efile TX.Gov Conv.Fee, Filing fee for defendant's objections and response to ADA | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/19/2014 Efile TX.Gov Conv.Fee, Filing fee for amended notice of hearing | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/19/2014 Efile TX.Gov Conv.Fee, Filing fee for amended notice of hearing | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/24/2014 Efile TX.Gov Conv.Fee, Filing fee for defendant's response to plaintiff's motion for protection and alternatively motion to compel | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/25/2014 Efile TX.Gov Conv.Fee, Filing fee for second amended notice | | | |

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED,
WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0327

No. 1-15-586-CV 3676

SSL000047

# LEWIS BRISBOIS BISGAARD & SMITH LLP

LAWYERS
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800
FEDERAL I.D. NO 95-3720522

| File Number JKD1 | 50013-1476 | CNA Specialty Claims<br>Peterson v Silverado Senior Living | | | 11/17/14<br>1408065<br>Page 8 |
|---|---|---|---|---|---|

| Date | Description of Disbursement | Units | Rate | Amount |
|---|---|---|---|---|
| | of hearing | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/25/2014 Efile TX.Gov Conv.Fee, Filing fee for second amended notice of hearing | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/25/2014 Efile TX.Gov Conv.Fee, Filing fee for defendant's first amended plea to the jurisdiction and first amended answer. | | | 5.40 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/25/2014 Efile TX.Gov Conv.Fee, Filing fee for defedant's motion to dismiss pursuant to TRCP rule 91a | | | 7.46 |
| 10/08/14 | Court filing fee Wells Fargo Commercial Card Services Trans Date: 09/25/2014 Efile TX.Gov Conv.Fee, Filing fee for defendant's motion for leave and reply to plaintiffs motion for protection and alternatively motion to compel. | | | 7.46 |
| 10/31/14 | Duplication | 286.00 | .07 | 20.02 |
| 10/07/14 | E115-Deposition Court Reporters Clearinghouse, Inc. Certificate of Non -Appearance of Mackey Mack Peterson taken on 10/6/14 | | | 244.13 |
| 10/09/14 | E113-Records Subpoena Esquire Document Retrieval Services Records subpoena regarding The Schwager Law Firm Candice L.Schwager - 9/22/14 | | | 190.50 |

| Recap of Services | | Hours | Effective Rate | Fees |
|---|---|---|---|---|
| Allison R. Edwards | Associate | 4.5 | 175.00 | 787.50 |
| Codi D. Kraus | Law Clerk | 2.2 | 65.00 | 143.00 |
| Christian Johnson | Associate | 7.1 | 175.00 | 1,242.50 |
| Julianne C. Lomax | Associate | 29.4 | 175.00 | 5,145.00 |
| Joshua K. Davis | Partner | 50.5 | 190.00 | 9,595.00 |
| Jacob M. Stephens | Associate | 4.4 | 175.00 | 770.00 |
| | Total | 98.1 | | 17,683.00 |

Total Fees      17,683.00
Total Disbursements      531.03

Total Current Charges      18,214.03

DISBURSEMENTS MADE FOR YOUR ACCOUNT, FOR WHICH BILLS HAVE NOT YET BEEN RECEIVED, WILL APPEAR ON A LATER STATEMENT

Silverado Appx. 0328

No. 1-15-586-CV 3677

SSL000048

## ProDoc·eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings      🖶 Print Page

**Filed Date & Time**

| Date: | Time: |
|---|---|
| Friday, September 12, 2014 | 4:19:15 PM |

**Filing Status Definitions**     **Envelope Information**

| Envelope Number: 2480697 | Court Assignment: Harris County Clerk - Probate |
|---|---|
| Case Category: Guardianship | Case Type: App for Temp Guardianship of a Incap. (Estate Only) |
| Cause Number: 427,208 | Case Title: |

| Envelope Fee | Est.Amount | Payment Information |
|---|---|---|

**ProDoc, Inc. or other provider fee:**

| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |

**Court Fees:**

| Total Court Filing Fees | $2.00 |
| Total Court Service Fees | $2.00 |

**State eFiling System Processing Fees:**

| Convenience Fee | $0.21 |

**Total Envelope Fees:** $7.46

**Payment Information**

| Account Name: LBBS |
| Payment Method: Credit Card |
| Credit Card Type: VISA |
| Card Number: XXXX XXXX XXXX 6434 |
| Card Expiration Date: 05/2017 |
| Transaction Amount: $7.46 |
| Transaction Status: Approved |
| Transaction ID: 4114314 |
| Transaction Order ID: 002480697-1 |

**Personal Information**

Filer: Judy Jose
Attorney of Record: Josh Davis
Firm or Organization: Lewis Brisbois Bisgaard & Smith, LLP
Bar Number: 24031993

**Service Recipients**

**Judy Jose**
Email: Judy.Jose@lewisbrisbois.com
Status: Sent
Service Opened: No
[ View Log ]

**Josh Davis**
Email: Josh.Davis@lewisbrisbois.com
Status: Sent
Service Opened: No
[ View Log ]

**Philip Ross**
Email: ross_law@hotmail.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/12/2014 4:21:09 PM
[ View Log ]

**Jill Young**
Email: Jill.Young@mmlawtexas.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/12/2014 4:21:12 PM
[ View Log ]

**W. Jones**
Email: wrjones001@aol.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/12/2014 4:21:16 PM
[ View Log ]

**Kathleen Beduze**
Email: beduze-efile@craincaton.com

60

https://www.prodocefile.com/ViewFiling.aspx?param=2480697     9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ7C-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138293 | Date: 10/08/14 | Amount: | 7.46 |

Silverado Appx. 0329

No. 1-15-586-CV 3678

| | |
|---|---|
| Status: | Sent |
| Service Opened: | Yes |
| Served Date/Time: | 9/12/2014 4:21:24 PM |

[ View Log ]

**Sarah Pacheco**
| | |
|---|---|
| Email: | pacheco-efile@craincaton.com |
| Status: | Sent |
| Service Opened: | No |

[ View Log ]

**Candice Schwager**
| | |
|---|---|
| Email: | candice@elderlawatty.com |
| Status: | Sent |
| Service Opened: | Yes |
| Served Date/Time: | 9/12/2014 4:21:31 PM |

[ View Log ]

**Michelle Simon**
| | |
|---|---|
| Email: | Michelle.Simon@lewisbrisbois.com |
| Status: | Sent |
| Service Opened: | Yes |
| Served Date/Time: | 9/12/2014 4:21:34 PM |

[ View Log ]

**Jacob Stephens**
| | |
|---|---|
| Email: | Jacob.Stephens@lewisbrisbois.com |
| Status: | Sent |
| Service Opened: | No |

[ View Log ]

**Michael Hirsch**
| | |
|---|---|
| Email: | mhirsch@ssbplaw.com |
| Status: | Sent |
| Service Opened: | No |

[ View Log ]

**Application for Sanction**

| Filing Fees | | Filing Information |
|---|---|---|
| Application for Sanction | $2.00 | Current Status: accepted |
| Total Filing Fees: | $2.00 | Accepted Date/Time: 9/15/2014 11:29:45 AM |
| | | Filing Description: Defendants' Motion for Sanctions |
| | | Reference Number: 50013.1476 |

**Document Information**

Document(s) Filed:

Lead Document:

📄 Original - Defendants' Motion for Sanctions.pdf [Does not contain sensitive data]

📄 Transmitted - Defendants' Motion for Sanctions.pdf [Does not contain sensitive data]

Attachments:

📄 Original - Exhibit A.pdf [Does not contain sensitive data]

📄 Transmitted - Exhibit A.pdf [Does not contain sensitive data]

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2480697       9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ7C-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138293 | Date: 10/08/14 | Amount: | 7.46 |

Silverado Appx. 0330

No. 1-15-586-CV **3679**

**ProDoc eFiling 2**

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings

Print Page

### Filed Date & Time

| Date: | Time: |
|---|---|
| Monday, September 15, 2014 | 2:38:28 PM |

**Filing Status Definitions** — **Envelope Information**

Envelope Number: 2494191
Case Category: Guardianship
Cause Number: 427,208

Court Assignment: Harris County Clerk - Probate
Case Type: App for Temp Guardianship of a Incap. (Estate Only)
Case Title:

| Envelope Fee | Est. Amount |
|---|---|
| ProDoc, Inc. or other provider fee: | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| Court Fees: | |
| Total Court Service Fees | $2.00 |
| State eFiling System Processing Fees: | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | **$5.40** |

**Payment Information**

Account Name: LBBS
Payment Method: Credit Card
Credit Card Type: VISA
Card Number: XXXX XXXX XXXX 6434
Card Expiration Date: 05/2017
Transaction Amount: $5.4
Transaction Status: Approved
Transaction ID: 4136723
Transaction Order ID: 002494191-0

**Personal Information**

Filer: Judy Jose
Attorney of Record: Josh Davis
Firm or Organization: Lewis Brisbois Bisgaard & Smith, LLP
Bar Number: 24031993

**Service Recipients**

**Judy Jose**
Email: Judy.Jose@lewisbrisbois.com
Status: Sent
Service Opened: No
View Log

**Josh Davis**
Email: Josh.Davis@lewisbrisbois.com
Status: Sent
Service Opened: No
View Log

**Philip Ross**
Email: ross_law@hotmail.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/15/2014 2:39:31 PM
View Log

**Jill Young**
Email: Jill.Young@mmlawtexas.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/15/2014 2:39:34 PM
View Log

**W. Jones**
Email: wrjones001@aol.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/15/2014 2:39:38 PM
View Log

**Kathleen Beduze**
Email: beduze-efile@craincaton.com
Status: Sent
Service Opened: Yes

64

https://www.prodocefile.com/ViewFiling.aspx?param=2494191          9/22/2014

---

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ7I-1 | Page | 1 of 2 |
| Voucher: | 1802649 Dist: 4138297 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0331

No. 1-15-586-CV 3680



Served Date/Time:     9/15/2014 2:39:49 PM

[ View Log ]

**Sarah Pacheco**
Email:            pacheco-efile@craincaton.com
Status:           Sent
Service Opened:   No

[ View Log ]

**Candice Schwager**
Email:            candice@elderlawatty.com
Status:           Sent
Service Opened:   Yes
Served Date/Time: 9/15/2014 2:39:57 PM

[ View Log ]

**Michelle Simon**
Email:            Michelle.Simon@lewisbrisbois.com
Status:           Sent
Service Opened:   Yes
Served Date/Time: 9/15/2014 2:40:01 PM

[ View Log ]

**Jacob Stephens**
Email:            Jacob.Stephens@lewisbrisbois.com
Status:           Sent
Service Opened:   Yes
Served Date/Time: 9/15/2014 2:40:04 PM

[ View Log ]

**Michael Hirsch**
Email:            mhirsch@ssbplaw.com
Status:           Sent
Service Opened:   No

[ View Log ]

**Notice of Hearing**

**Filing Fees**
Total Filing Fees:        $0.00

**Filing Information**
Current Status: ✓ accepted
Accepted Date/Time: 9/16/2014 9:33:41 AM
Filing Description: Notice of Hearing
Reference Number: 50013,476

**Document Information**
Document(s) Filed:
Lead Document:
📄 Original - Notice of Hearing.pdf [Does not contain sensitive data]
📄 Transmitted - Notice of Hearing.pdf [Does not contain sensitive data]

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2494191               9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ7I-2 | Page | 2 of 2 |
|---------|--------------------------------------------|--------------------|------|--------|
| Voucher: | 1802649 Dist: 4138297 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0332

No. 1-15-586-CV **3681**

ProDoc® eFiling 2 - Filing Details

**ProDoc eFiling 2**

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings

🖨 Print Page

**Filed Date & Time**

| Date: | Time: |
|---|---|
| Wednesday, September 17, 2014 | 12:40:03 PM |

**Filing Status Definitions**      **Envelope Information**

Envelope Number: 2523229
Case Category: Guardianship
Cause Number: 427,208

Court Assignment: Harris County Clerk - Probate
Case Type: App for Temp Guardianship of a Incap. (Estate Only)
Case Title:

| Envelope Fee | Est.Amount |
|---|---|
| **ProDoc, Inc. or other provider fee:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **Court Fees:** | |
| Total Court Service Fees | $2.00 |
| **State eFiling System Processing Fees:** | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | $5.40 |

**Payment Information**

Account Name: LBBS
Payment Method: Credit Card
Credit Card Type: VISA
Card Number: XXXX XXXX XXXX 6434
Card Expiration Date: 05/2017
Transaction Amount: $5.4
Transaction Status: Approved
Transaction ID: 4172437
Transaction Order ID: 002523229-0

**Personal Information**

Filer: Judy Jose
Attorney of Record: Josh Davis
Firm or Organization: Lewis Brisbois Bisgaard & Smith, LLP
Bar Number: 24031993

**Service Recipients**

**Judy Jose**
Email:    Judy.Jose@lewisbrisbois.com
Status:    Sent
Service Opened:    Yes
Served Date/Time:    9/17/2014 12:41:06 PM
[ View Log ]

**Josh Davis**
Email:    Josh.Davis@lewisbrisbois.com
Status:    Sent
Service Opened:    Yes
Served Date/Time:    9/17/2014 12:41:23 PM
[ View Log ]

**Philip Ross**
Email:    ross_law@hotmail.com
Status:    Sent
Service Opened:    Yes
Served Date/Time:    9/17/2014 12:41:25 PM
[ View Log ]

**Jill Young**
Email:    Jill.Young@mmlawtexas.com
Status:    Sent
Service Opened:    Yes
Served Date/Time:    9/17/2014 12:41:31 PM
[ View Log ]

**W. Jones**
Email:    wrjones001@aol.com
Status:    Sent
Service Opened:    Yes
Served Date/Time:    9/17/2014 12:41:34 PM
[ View Log ]

**Kathleen Beduze**
Email:    beduze-efile@craincaton.com

70

https://www.prodocefile.com/ViewFiling.aspx?param=2523229      9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ7V-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138303 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0333

No. 1-15-586-CV **3682**

Status: Sent
Service Opened: Yes
Served Date/Time: 9/17/2014 12:41:43 PM

[ View Log ]

**Sarah Pacheco**
Email: pacheco-efile@craincaton.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/17/2014 12:41:49 PM

[ View Log ]

**Candice Schwager**
Email: candice@elderlawatty.com
Status: Sent
Service Opened: No

[ View Log ]

**Michelle Simon**
Email: Michelle.Simon@lewisbrisbois.com
Status: Sent
Service Opened: No

[ View Log ]

**Jacob Stephens**
Email: Jacob.Stephens@lewisbrisbois.com
Status: Sent
Service Opened: No

[ View Log ]

**Michael Hirsch**
Email: mhirsch@ssbplaw.com
Status: Sent
Service Opened: No

[ View Log ]

---

**Designation of Expert Witnesses**

| Filing Fees | | Filing Information |
|---|---|---|
| Total Filing Fees: | $0.00 | Current Status: ✓ accepted |
| | | Accepted Date/Time: 9/17/2014 1:43:56 PM |
| | | Filing Description: Defendant's Designation of Expert Witnesses |
| | | Reference Number: 50013.1476 |

**Document Information**

Document(s) Filed:

Lead Document:

📄 Original - Defendant's Designation of Expert Witnesses.pdf [Does not contain sensitive data]

📄 Transmitted - Defendant's Designation of Expert Witnesses.pdf [Does not contain sensitive data]

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2523229          9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ7V-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138303 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0334

No. 1-15-586-CV **3683**

SSL000054

# ProDoc eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings                                    🖨 Print Page

**Filed Date & Time**

| Date: | Time: |
|---|---|
| Wednesday, September 17, 2014 | 7:38:43 PM |

**Filing Status Definitions**                    **Envelope Information**

**Envelope Number:** 2532014
**Case Category:** Guardianship
**Cause Number:** 427,208

**Court Assignment:** Harris County Clerk - Probate
**Case Type:** App for Temp Guardianship of a Incap. (Estate Only)
**Case Title:**

| Envelope Fee | Est.Amount |
|---|---|
| **ProDoc, Inc. or other provider fee:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **Court Fees:** | |
| Total Court Service Fees | $2.00 |
| **State eFiling System Processing Fees:** | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | $5.40 |

**Payment Information**

**Account Name:** LBBS
**Payment Method:** Credit Card
**Credit Card Type:** VISA
**Card Number:** XXXX XXXX XXXX 6434
**Card Expiration Date:** 05/2017
**Transaction Amount:** $5.4
**Transaction Status:** Approved
**Transaction ID:** 4186869
**Transaction Order ID:** 002532014-0

**Personal Information**

**Filer:** Christian Johnson
**Attorney of Record:** Christian Johnson
**Firm or Organization:** Lewis Brisbois Bisgaard & Smith, LLP
**Bar Number:** 24062345

**Service Recipients**

**Judy Jose**
Email: Judy.Jose@lewisbrisbois.com
Status: Sent
Service Opened: No

[ View Log ]

**Josh Davis**
Email: Josh.Davis@lewisbrisbois.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/17/2014 7:40:05 PM

[ View Log ]

**Philip Ross**
Email: ross_law@hotmail.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/17/2014 7:40:06 PM

[ View Log ]

**Jill Young**
Email: Jill.Young@mmlawtexas.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/17/2014 7:40:47 PM

[ View Log ]

**W. Jones**
Email: wrjones001@aol.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/17/2014 7:40:53 PM

[ View Log ]

**Kathleen Beduze**
Email: beduze-efile@craincaton.com
Status: Sent

72

https://www.prodocefile.com/ViewFiling.aspx?param=2532014          9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ82-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138305 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0335

No. 1-15-586-CV 3684

SSL000055



Service Opened: Yes
Served Date/Time: 9/17/2014 7:41:00 PM

[ View Log ]

**Sarah Pacheco**
Email: pacheco-efile@craincaton.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/17/2014 7:41:05 PM

[ View Log ]

**Candice Schwager**
Email: candice@elderlawatty.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/17/2014 7:41:06 PM

[ View Log ]

**Michelle Simon**
Email: Michelle.Simon@lewisbrisbois.com
Status: Sent
Service Opened: No

[ View Log ]

**Jacob Stephens**
Email: Jacob.Stephens@lewisbrisbois.com
Status: Sent
Service Opened: No

[ View Log ]

**Michael Hirsch**
Email: mhirsch@ssbplaw.com
Status: Sent
Service Opened: No

[ View Log ]

---

**Reply**

---

| Filing Fees | Filing Information |
|---|---|
| Total Filing Fees: $0.00 | Current Status: ✓ accepted |
| | Accepted Date/Time: 9/18/2014 9:09:25 AM |
| | Filing Description: Defendants' Objections & Reply to Plaintiffs' Response to Motion for Sanctions |
| | Reference Number: 50013.1476 ✓ |

**Document Information**

Document(s) Filed:

Lead Document:

📄 Original - Defendants' Objections and Reply.pdf [Does not contain sensitive data]
📄 Transmitted - Defendants' Objections and Reply.pdf [Does not contain sensitive data]

Attachments:

📄 Original - Exhibit A.pdf [Does not contain sensitive data]
📄 Transmitted - Exhibit A.pdf [Does not contain sensitive data]
📄 Original - Exhibit B.pdf [Does not contain sensitive data]
📄 Transmitted - Exhibit B.pdf [Does not contain sensitive data]

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2532014             9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ82-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138305 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0336

SSL000056

# ProDoc eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

« Back to All Filings      🖶 Print Page

### Filed Date & Time

| Date: | Time: |
|---|---|
| Thursday, September 18, 2014 | 1:34:31 AM |

**Filing Status Definitions**      Envelope Information

Envelope Number: 2532307      Court Assignment: Harris County Clerk - Probate
Case Category: Guardianship      Case Type: App for Temp Guardianship of a Incap. (Estate Only)
Cause Number: 427,208      Case Title:

| Envelope Fee | Est.Amount |
|---|---|
| ProDoc, Inc. or other provider fee: | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| Court Fees: | |
| Total Court Service Fees | $2.00 |
| State eFiling System Processing Fees: | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | **$5.40** |

**Payment Information**

Account Name: LBBS
Payment Method: Credit Card
Credit Card Type: VISA
Card Number: XXXX XXXX XXXX 6434
Card Expiration Date: 05/2017
Transaction Amount: $5.4
Transaction Status: Approved
Transaction ID: 4186993
Transaction Order ID: 002532307-0

| Personal Information | |
|---|---|
| Filer: Christian Johnson | |
| Attorney of Record: Christian Johnson | |
| Firm or Organization: Lewis Brisbois Bisgaard & Smith, LLP | |
| Bar Number: 24062345 | |

**Service Recipients**

**Judy Jose**
Email: Judy.Jose@lewisbrisbois.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/18/2014 1:35:30 AM

View Log

**Josh Davis**
Email: Josh.Davis@lewisbrisbois.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/18/2014 1:35:32 AM

View Log

**Philip Ross**
Email: ross_law@hotmail.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/18/2014 1:35:35 AM

View Log

**Jill Young**
Email: Jill.Young@mmlawtexas.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/18/2014 1:35:37 AM

View Log

**W. Jones**
Email: wrjones001@aol.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/18/2014 1:35:42 AM

View Log

**Kathleen Beduze**
Email: beduze-efile@craincaton.com

*73*

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ84-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138306 | Date: 10/08/14 | Amount | 5.40 |

Silverado Appx. 0337

No. 1-15-586-CV **3686**

SSL000057

Status: Sent
Service Opened: Yes
Served Date/Time: 9/18/2014 1:35:49 AM

[ View Log ]

**Sarah Pacheco**
Email: pacheco-efile@craincaton.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/18/2014 1:35:55 AM

[ View Log ]

**Candice Schwager**
Email: candice@elderlawatty.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/18/2014 1:35:59 AM

[ View Log ]

**Michelle Simon**
Email: Michelle.Simon@lewisbrisbois.com
Status: Sent
Service Opened: No

[ View Log ]

**Jacob Stephens**
Email: Jacob.Stephens@lewisbrisbois.com
Status: Sent
Service Opened: No

[ View Log ]

**Michael Hirsch**
Email: mhirsch@ssbplaw.com
Status: Sent
Service Opened: No

[ View Log ]

---

**Response**

| Filing Fees | | Filing Information |
|---|---|---|
| Total Filing Fees: | $0.00 | Current Status: ✓ accepted |
| | | Accepted Date/Time: 9/18/2014 9:13:37 AM |
| | | Filing Description: Defendants' Objections & Response to Plaintiffs' Request for Accommodations Under the Americans with Disabilities Act |
| | | Reference Number: 50013.1476 ✓ |

**Document Information**

Document(s) Filed:
Lead Document:

📄 Original - Defendants' Objections and Response to ADA.pdf [Does not contain sensitive data]
📄 Transmitted - Defendants' Objections and Response to ADA.pdf [Does not contain sensitive data]

---

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2532307          9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ84-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138306 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0338

No. 1-15-586-CV 3687

# ProDoc eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings     🖨 Print Page

### Filed Date & Time

| Date: | Time: |
|---|---|
| Friday, September 19, 2014 | 11:06:18 AM |

### Filing Status Definitions     Envelope Information

**Envelope Number:** 2554490     **Court Assignment:** Harris County Clerk - Probate
**Case Category:** Guardianship     **Case Type:** App for Temp Guardianship of a Incap. (Estate Only)
**Cause Number:** 427,208     **Case Title:**

| Envelope Fee | Est.Amount | | Payment Information |
|---|---|---|---|
| **ProDoc, Inc. or other provider fee:** | | **Account Name:** LBBS | |
| eFiling/eService Fee | $3.00 | **Payment Method:** Credit Card | |
| 8.25% Sales Tax | $0.25 | **Credit Card Type:** VISA | |
| **Court Fees:** | | **Card Number:** XXXX XXXX XXXX 6434 | |
| Total Court Service Fees | $2.00 | **Card Expiration Date:** 05/2017 | |
| **State eFiling System Processing Fees:** | | **Transaction Amount:** $5.4 | |
| Convenience Fee | $0.15 | **Transaction Status:** Approved | |
| **Total Envelope Fees:** | $5.40✓ | **Transaction ID:** 4221097 | |
| | | **Transaction Order ID:** 002554490-0 | |

### Personal Information     Service Recipients

**Filer:** Judy Jose
**Attorney of Record:** Josh Davis
**Firm or Organization:** Lewis Brisbois Bisgaard & Smith, LLP
**Bar Number:** 24031993

**Judy Jose**
Email:     Judy.Jose@lewisbrisbois.com
Status:     Sent
Service Opened:     No
| View Log |

**Josh Davis**
Email:     Josh.Davis@lewisbrisbois.com
Status:     Sent
Service Opened:     Yes
Served Date/Time:     9/19/2014 11:07:08 AM
| View Log |

**Philip Ross**
Email:     ross_law@hotmail.com
Status:     Sent
Service Opened:     Yes
Served Date/Time:     9/19/2014 11:07:10 AM
| View Log |

**Jill Young**
Email:     Jill.Young@mmlawtexas.com
Status:     Sent
Service Opened:     Yes
Served Date/Time:     9/19/2014 11:07:12 AM
| View Log |

**W. Jones**
Email:     wrjones001@aol.com
Status:     Sent
Service Opened:     No
| View Log |

**Kathleen Beduze**
Email:     beduze-efile@craincaton.com
Status:     Sent
Service Opened:     Yes

79

https://www.prodocefile.com/ViewFiling.aspx?param=2554490     9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ8B-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138312 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0339

No. 1-15-586-CV **3688**

Served Date/Time:      9/19/2014 11:07:27 AM

[ View Log ]

**Sarah Pacheco**
Email:            pacheco-efile@craincaton.com
Status:           Sent
Service Opened:   Yes
Served Date/Time: 9/19/2014 11:07:33 AM

[ View Log ]

**Candice Schwager**
Email:            candice@elderlawatty.com
Status:           Sent
Service Opened:   Yes
Served Date/Time: 9/19/2014 11:07:34 AM

[ View Log ]

**Michelle Simon**
Email:            Michelle.Simon@lewisbrisbois.com
Status:           Sent
Service Opened:   No

[ View Log ]

**Jacob Stephens**
Email:            Jacob.Stephens@lewisbrisbois.com
Status:           Sent
Service Opened:   No

[ View Log ]

**Michael Hirsch**
Email:            mhirsch@ssbplaw.com
Status:           Sent
Service Opened:   No

[ View Log ]

---

### Amended Notice of Hearing

| Filing Fees | | Filing Information |
|---|---|---|
| Total Filing Fees: | $0.00 | Current Status: accepted |
| | | Accepted Date/Time: 9/19/2014 11:27:58 AM |
| | | Filing Description: Amended Notice of Hearing |
| | | Reference Number: 50013-1476 |

### Document Information

Document(s) Filed:

Lead Document:

Original - Amended Notice of Hearing.pdf [Does not contain sensitive data]

Transmitted - Amended Notice of Hearing.pdf [Does not contain sensitive data]

---

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2554490                9/22/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ8B-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138312 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0340

No. 1-15-586-CV **3689**

# ProDoc eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings

Print Page

### Filed Date & Time

| Date: | Time: |
|---|---|
| Friday, September 19, 2014 | 11:16:30 AM |

### Filing Status Definitions    Envelope Information

**Envelope Number:** 2554783
**Case Category:** Guardianship
**Cause Number:** 427,208

**Court Assignment:** Harris County Clerk - Probate
**Case Type:** App for Temp Guardianship of a Incap. (Estate Only)
**Case Title:**

| Envelope Fee | Est.Amount |
|---|---|
| **ProDoc, Inc. or other provider fee:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **Court Fees:** | |
| Total Court Service Fees | $2.00 |
| **State eFiling System Processing Fees:** | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | $5.40 |

**Payment Information**

**Account Name:** LBBS
**Payment Method:** Credit Card
**Credit Card Type:** VISA
**Card Number:** XXXX XXXX XXXX 6434
**Card Expiration Date:** 05/2017
**Transaction Amount:** $5.4
**Transaction Status:** Approved
**Transaction ID:** 4221655
**Transaction Order ID:** 002554783-0

### Personal Information

**Filer:** Judy Jose
**Attorney of Record:** Josh Davis
**Firm or Organization:** Lewis Brisbois Bisgaard & Smith, LLP
**Bar Number:** 24031993

### Service Recipients

**Judy Jose**
Email:    Judy.Jose@lewisbrisbois.com
Status:    Sent
Service Opened:    No
[View Log]

**Josh Davis**
Email:    Josh.Davis@lewisbrisbois.com
Status:    Sent
Service Opened:    No
[View Log]

**Philip Ross**
Email:    ross_law@hotmail.com
Status:    Sent
Service Opened:    Yes
Served Date/Time:    9/19/2014 11:17:30 AM
[View Log]

**Jill Young**
Email:    Jill.Young@mmlawtexas.com
Status:    Sent
Service Opened:    Yes
Served Date/Time:    9/19/2014 11:17:32 AM
[View Log]

**W. Jones**
Email:    wrjones001@aol.com
Status:    Sent
Service Opened:    No
[View Log]

**Kathleen Beduze**
Email:    beduze-eflie@craincaton.com
Status:    Sent
Service Opened:    Yes
Served Date/Time:    9/19/2014 11:17:48 AM

8D

https://www.prodocefile.com/ViewFiling.aspx?param=2554783                9/22/2014

| Vendor: | 82739 | Wells Fargo Commercial Card Services | Doc ID: 0001AJ8C-1 | Page | 1 of 2 |
|---|---|---|---|---|---|
| Voucher: | 1802649 | Dist: 4138313 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0341

No. 1-15-586-CV 3690

SSL000061

| View Log |

**Sarah Pacheco**
Email: pacheco-efile@craincaton.com
Status: Sent
Service Opened: No

| View Log |

**Candice Schwager**
Email: candice@elderlawatty.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/19/2014 11:17:58 AM

| View Log |

**Michelle Simon**
Email: Michelle.Simon@lewisbrisbois.com
Status: Sent
Service Opened: No

| View Log |

**Jacob Stephens**
Email: Jacob.Stephens@lewisbrisbois.com
Status: Sent
Service Opened: No

| View Log |

**Michael Hirsch**
Email: mhirsch@ssbplaw.com
Status: Sent
Service Opened: No

| View Log |

---

**Amended Notice of Hearing**

| Filing Fees | | Filing Information |
|---|---|---|
| Total Filing Fees: | $0.00 | Current Status: ✓accepted |
| | | Accepted Date/Time: 9/19/2014 11:39:29 AM |
| | | Filing Description: Amended Notice of Hearing |
| | | Reference Number: 50013.1476 |

**Document Information**

Document(s) Filed:
Lead Document:

📄 Original - Amended Notice of Hearing.pdf [Does not contain sensitive data]
📄 Transmitted - Amended Notice of Hearing.pdf [Does not contain sensitive data]

---

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2554783     9/22/2014

| Vendor: | 82739 | Wells Fargo Commercial Card Services | Doc ID: 0001AJ8C-2 | Page | 2 of 2 |
|---|---|---|---|---|---|
| Voucher: | 1802649 | Dist: 4138313 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0342

No. 1-15-586-CV **3691**

# ProDoc eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings

Print Page

**Filed Date & Time**

| Date: | Time: |
|-------|-------|
| Wednesday, September 24, 2014 | 3:41:07 PM |

**Filing Status Definitions**　　　Envelope Information

Envelope Number: 2610614
Case Category: Guardianship
Cause Number: 427208

Court Assignment: Harris County Clerk - Probate
Case Type: App for Temp Guardianship of a Incap.(Person&Estate)
Case Title:

| Envelope Fee | Est.Amount |
|--------------|-----------|
| ProDoc, Inc. or other provider fee: | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| Court Fees: | |
| Total Court Service Fees | $2.00 |
| State eFiling System Processing Fees: | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | **$5.40** |

**Payment Information**

Account Name: LBBS
Payment Method: Credit Card
Credit Card Type: VISA
Card Number: XXXX XXXX XXXX 6434
Card Expiration Date: 05/2017
Transaction Amount: $5.4
Transaction Status: Approved
Transaction ID: 4320045
Transaction Order ID: 002610614-0

**Personal Information**

Filer: Judy Jose
Attorney of Record: Josh Davis
Firm or Organization: Lewis Brisbois Bisgaard & Smith, LLP
Bar Number: 24031993

**Service Recipients**

**Randy Cantrell**
Email: rcantrell@craincaton.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/24/2014 3:42:20 PM
View Log

**Michael Hirsch**
Email: mhirsch@ssbplaw.com
Status: Sent
Service Opened: No
View Log

**Josh Davis**
Email: josh.davis@lewisbrisbois.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/24/2014 3:42:24 PM
View Log

**Candice Schwager**
Email: schwagerlawfirm@live.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/24/2014 3:42:26 PM
View Log

**Kathleen Beduze**
Email: kbeduze@craincaton.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/24/2014 3:42:30 PM
View Log

**Philip Ross**
Email: ross_law@hotmail.com
Status: Sent

*97*

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ93-1 | Page | 1 of 3 |
|---------|---------------------------------------------|---------------------|------|--------|
| Voucher: | 1802649 Dist: 4138331 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0343

No. 1-15-586-CV 3692

SSL000063



Service Opened:          Yes
Served Date/Time:        9/24/2014 3:42:32 PM

[ View Log ]

**Priscilla Martinez**
Email:                   Priscilla.Martinez@lewisbrisbois.com
Status:                  Sent
Service Opened:          No

[ View Log ]

**Jill Young**
Email:                   jill.young@mmlawtexas.com
Status:                  Sent
Service Opened:          Yes
Served Date/Time:        9/24/2014 3:42:37 PM

[ View Log ]

**W. Jones**
Email:                   wrjones001@aol.com
Status:                  Sent
Service Opened:          No

[ View Log ]

**Sarah Pacheco**
Email:                   spacheco@craincaton.com
Status:                  Sent
Service Opened:          Yes
Served Date/Time:        9/24/2014 3:42:47 PM

[ View Log ]

**Kathleen Beduze**
Email:                   beduze-efile@craincaton.com
Status:                  Sent
Service Opened:          Yes
Served Date/Time:        9/24/2014 3:42:53 PM

[ View Log ]

**Sarah Pacheco**
Email:                   pacheco-efile@craincaton.com
Status:                  Sent
Service Opened:          No

[ View Log ]

**Michelle Simon**
Email:                   Michelle.Simon@lewisbrisbois.com
Status:                  Sent
Service Opened:          No

[ View Log ]

**Jacob Stephens**
Email:                   Jacob.Stephens@lewisbrisbois.com
Status:                  Sent
Service Opened:          No

[ View Log ]

**Response**

| Filing Fees | | Filing Information |
|---|---|---|
| Total Filing Fees: | $0.00 | Current Status: ✓ accepted |
| | | Accepted Date/Time: 9/25/2014 7:24:50 AM |
| | | Filing Description: Defendants' Response to Plaintiffs' Motion for Protection and Alternatively, Motion to Compel |
| | | Reference Number: 50013.1476 |

**Document Information**

Document(s) Filed:
Lead Document:

https://www.prodocefile.com/ViewFiling.aspx?param=2610614                    9/29/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ93-2 | Page | 2 of 3 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138331 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0344

No. 1-15-586-CV **3693**

SSL000064

📄 Original - Defendants' Response to Motion to Compel.pdf [Does not contain sensitive data]
📄 Transmitted - Defendants' Response to Motion to Compel.pdf [Does not contain sensitive data]

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ93-3 | Page | 3 of 3 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138331 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0345

No. 1-15-586-CV **3694**

SSL000065

# ProDoc eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | Firm Management | Resources |

« Back to All Filings

🖨 Print Page

### Filed Date & Time

| Date: | Time: |
|---|---|
| Thursday, September 25, 2014 | 3:36:49 PM |

### Filing Status Definitions

Envelope Number: 2625920
Case Category: Guardianship
Cause Number: 427,208

### Envelope Information

Court Assignment: Harris County Clerk - Probate
Case Type: App for Temp Guardianship of a Incap. (Estate Only)
Case Title:

| Envelope Fee | Est.Amount |
|---|---|
| **ProDoc, Inc. or other provider fee:** | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| **Court Fees:** | |
| Total Court Service Fees | $2.00 |
| **State eFiling System Processing Fees:** | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | **$5.40** |

### Payment Information

Account Name: LBBS
Payment Method: Credit Card
Credit Card Type: VISA
Card Number: XXXX XXXX XXXX 6434
Card Expiration Date: 05/2017
Transaction Amount: $5.4
Transaction Status: Approved
Transaction ID: 4347646
Transaction Order ID: 002625920-0

### Personal Information

Filer: Judy Jose
Attorney of Record: Josh Davis
Firm or Organization: Lewis Brisbois Bisgaard & Smith, LLP
Bar Number: 24031993

### Service Recipients

**Judy Jose**
Email: Judy.Jose@lewisbrisbois.com
Status: Sent
Service Opened: No
[ View Log ]

**Josh Davis**
Email: Josh.Davis@lewisbrisbois.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 8:37:48 PM
[ View Log ]

**Philip Ross**
Email: ross_law@hotmail.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 8:37:50 PM
[ View Log ]

**Jill Young**
Email: Jill.Young@mmlawtexas.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 8:37:56 PM
[ View Log ]

**W. Jones**
Email: wrjones001@aol.com
Status: Sent
Service Opened: No
[ View Log ]

**Kathleen Beduze**
Email: beduze-efile@craincaton.com
Status: Sent
Service Opened: Yes

*104*

https://www.prodocefile.com/ViewFiling.aspx?param=2625920          9/29/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ9H-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138339 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0346

No. 1-15-586-CV 3695

SSL000066



Served Date/Time:        9/25/2014 8:38:11 PM

[ View Log ]

**Sarah Pacheco**
Email:                pacheco-efile@craincaton.com
Status:               Sent
Service Opened:       No

[ View Log ]

**Candice Schwager**
Email:                candice@elderlawatty.com
Status:               Sent
Service Opened:       Yes
Served Date/Time:     9/25/2014 8:38:23 PM

[ View Log ]

**Michelle Simon**
Email:                Michelle.Simon@lewisbrisbois.com
Status:               Sent
Service Opened:       No

[ View Log ]

**Jacob Stephens**
Email:                Jacob.Stephens@lewisbrisbois.com
Status:               Sent
Service Opened:       No

[ View Log ]

**Michael Hirsch**
Email:                mhirsch@ssbplaw.com
Status:               Sent
Service Opened:       No

[ View Log ]

---

**Notice of Hearing**

| Filing Fees | | Filing Information |
| --- | --- | --- |
| Total Filing Fees: | $0.00 | Current Status: accepted |
| | | Accepted Date/Time: 9/26/2014 8:52:51 AM |
| | | Filing Description: Second Amended Notice of Hearing |
| | | Reference Number: 50013.1476 |

**Document Information**

Document(s) Filed:
Lead Document:
📄 Original - Second Amended Notice of Hearing.pdf [Does not contain sensitive data]
📄 Transmitted - Second Amended Notice of Hearing.pdf [Does not contain sensitive data]

---

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2625920                9/29/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ9H-2 | Page | 2 of 2 |
| Voucher: | 1802649 Dist: 4138339 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0347

SSL000067

# ■ProDoc eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources

« Back to All Filings

🖨 Print Page

**Filed Date & Time**

| Date: | Time: |
|---|---|
| Thursday, September 25, 2014 | 3:41:37 PM |

**Filing Status Definitions** — Envelope Information

Envelope Number: 2626086
Case Category: Guardianship
Cause Number: 427,208

Court Assignment: Harris County Clerk - Probate
Case Type: App for Temp Guardianship of a Incap. (Estate Only)
Case Title:

| Envelope Fee | Est.Amount |
|---|---|
| ProDoc, Inc. or other provider fee: | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| Court Fees: | |
| Total Court Service Fees | $2.00 |
| State eFiling System Processing Fees: | |
| Convenience Fee | $0.15 |
| Total Envelope Fees: | $5.40 |

**Payment Information**

Account Name: LBBS
Payment Method: Credit Card
Credit Card Type: VISA
Card Number: XXXX XXXX XXXX 6434
Card Expiration Date: 05/2017
Transaction Amount: $5.4
Transaction Status: Approved
Transaction ID: 4347240
Transaction Order ID: 002626086-0

**Personal Information**

Filer: Judy Jose
Attorney of Record: Josh Davis
Firm or Organization: Lewis Brisbois Bisgaard & Smith, LLP
Bar Number: 24031993

**Service Recipients**

Judy Jose
Email: Judy.Jose@lewisbrisbois.com
Status: Sent
Service Opened: No
View Log

Josh Davis
Email: Josh.Davis@lewisbrisbois.com
Status: Sent
Service Opened: No
View Log

Philip Ross
Email: ross_law@hotmail.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:42:41 PM
View Log

Jill Young
Email: Jill.Young@mmlawtexas.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:42:45 PM
View Log

W. Jones
Email: wrjones001@aol.com
Status: Sent
Service Opened: No
View Log

Kathleen Beduze
Email: beduze-efile@craincaton.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:42:57 PM

*105*

https://www.prodocefile.com/ViewFiling.aspx?param=2626086          9/29/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ9J-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138340 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0348

No. 1-15-586-CV **3697**

SSL000068



| View Log |

**Sarah Pacheco**
Email: pacheco-efile@craincaton.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:43:06 PM

| View Log |

**Candice Schwager**
Email: candice@elderlawatty.com
Status: Sent
Service Opened: No

| View Log |

**Michelle Simon**
Email: Michelle.Simon@lewisbrisbois.com
Status: Sent
Service Opened: No

| View Log |

**Jacob Stephens**
Email: Jacob.Stephens@lewisbrisbois.com
Status: Sent
Service Opened: No

| View Log |

**Michael Hirsch**
Email: mhirsch@ssbplaw.com
Status: Sent
Service Opened: No

| View Log |

**Notice of Hearing**

| Filing Fees | | Filing Information |
| --- | --- | --- |
| Total Filing Fees: | $0.00 | Current Status: ✓accepted |
| | | Accepted Date/Time: 9/26/2014 8:40:38 AM |
| | | Filing Description: Second Amended Notice of Hearing |
| | | Reference Number: 50013.1476 |

**Document Information**

Document(s) Filed:
Lead Document:
Original - Second Amended Notice of Hearing.pdf (Does not contain sensitive data)
Transmitted - Second Amended Notice of Hearing.pdf (Does not contain sensitive data)

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2626086     9/29/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ9J-2 | Page | 2 of 2 |
| --- | --- | --- | --- | --- |
| Voucher: | 1802649 Dist: 4138340 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0349

No. 1-15-586-CV **3698**

**ProDoc eFiling 2**

logged in as Niki.Fischer@lewisbrisbois.com

| Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings

🖨 Print Page

### Filed Date & Time

| Date: | Time: |
|-------|-------|
| Thursday, September 25, 2014 | 3:52:32 PM |

### Filing Status Definitions

### Envelope Information

**Envelope Number:** 2626474
**Case Category:** Guardianship
**Cause Number:** 427,208

**Court Assignment:** Harris County Clerk - Probate
**Case Type:** App for Temp Guardianship of a Incap. (Estate Only)
**Case Title:**

| Envelope Fee | Est.Amount |
|--------------|-----------|
| ProDoc, Inc. or other provider fee: | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| Court Fees: | |
| Total Court Service Fees | $2.00 |
| State eFiling System Processing Fees: | |
| Convenience Fee | $0.15 |
| **Total Envelope Fees:** | **$5.40** |

### Payment Information

**Account Name:** LBBS
**Payment Method:** Credit Card
**Credit Card Type:** VISA
**Card Number:** XXXX XXXX XXXX 6434
**Card Expiration Date:** 05/2017
**Transaction Amount:** $5.4
**Transaction Status:** Approved
**Transaction ID:** 4347969
**Transaction Order ID:** 002626474-0

### Personal Information

**Filer:** Judy Jose
**Attorney of Record:** Josh Davis
**Firm or Organization:** Lewis Brisbois Bisgaard & Smith, LLP
**Bar Number:** 24031993

### Service Recipients

**Judy Jose**
Email: Judy.Jose@lewisbrisbois.com
Status: Sent
Service Opened: No
[ View Log ]

**Josh Davis**
Email: Josh.Davis@lewisbrisbois.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:53:44 PM
[ View Log ]

**Philip Ross**
Email: ross_law@hotmail.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:53:46 PM
[ View Log ]

**Jill Young**
Email: Jill.Young@nmlawtexas.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:53:48 PM
[ View Log ]

**W. Jones**
Email: wrjones001@aol.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:53:56 PM
[ View Log ]

**Kathleen Beduze**
Email: beduze-efile@craincaton.com
Status: Sent

*106*

https://www.prodocefile.com/ViewFiling.aspx?param=2626474

9/30/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ9M-1 | Page | 1 of 2 |
|---------|--------------------------------------------|--------------------|------|--------|
| Voucher: | 1802649 Dist: 4138341 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0350

No. 1-15-586-CV **3699**

| | |
|---|---|
| Service Opened: | Yes |
| Served Date/Time: | 9/25/2014 3:54:07 PM |

[ View Log ]

**Sarah Pacheco**
| | |
|---|---|
| Email: | pacheco-efile@craincaton.com |
| Status: | Sent |
| Service Opened: | Yes |
| Served Date/Time: | 9/25/2014 3:54:13 PM |

[ View Log ]

**Candice Schwager**
| | |
|---|---|
| Email: | candice@aldariawatty.com |
| Status: | Sent |
| Service Opened: | No |

[ View Log ]

**Michelle Simon**
| | |
|---|---|
| Email: | Michelle.Simon@lewisbrisbois.com |
| Status: | Sent |
| Service Opened: | No |

[ View Log ]

**Jacob Stephens**
| | |
|---|---|
| Email: | Jacob.Stephens@lewisbrisbois.com |
| Status: | Sent |
| Service Opened: | No |

[ View Log ]

**Michael Hirsch**
| | |
|---|---|
| Email: | mhirsch@ssbplaw.com |
| Status: | Sent |
| Service Opened: | No |

[ View Log ]

**No Fee**

**Filing Fees**

Total Filing Fees: $0.00

**Filing Information**

Current Status: accepted
Accepted Date/Time: 9/26/2014 9:03:32 AM
Filing Description: Defendants' First Amended Plea to the Jurisdiciton and First Amended Answer
Reference Number: 50013.1476

**Document Information**

Document(s) Filed:
Lead Document:
📄 Original - Def First Amd Plea to Jursd First Amd Ans.pdf [Does not contain sensitive data]
📄 Transmitted - Def First Amd Plea to Jursd First Amd Ans.pdf [Does not contain sensitive data]

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2626474          9/30/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ9M-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138341 | Date: 10/08/14 | Amount: | 5.40 |

Silverado Appx. 0351

No. 1-15-586-CV **3700**

# ProDoc eFiling 2

logged in as Niki.Fischer@lewisbrisbois.com

Home | Submit Filing | Submit eService | My Filings | My eServices | Firm Management | Resources |

« Back to All Filings

🖶 Print Page

### Filed Date & Time

| Date: | Time: |
|---|---|
| Thursday, September 25, 2014 | 3:47:01 PM |

### Filing Status Definitions | Envelope Information

**Envelope Number:** 2626286
**Case Category:** Guardianship
**Cause Number:** 427,208

**Court Assignment:** Harris County Clerk - Probate
**Case Type:** App for Temp Guardianship of a Incap. (Estate Only)
**Case Title:**

### Envelope Fee

| | Est.Amount |
|---|---|
| ProDoc, Inc. or other provider fee: | |
| eFiling/eService Fee | $3.00 |
| 8.25% Sales Tax | $0.25 |
| Court Fees: | |
| Total Court Filing Fees | $2.00 |
| Total Court Service Fees | $2.00 |
| State eFiling System Processing Fees: | |
| Convenience Fee | $0.21 |
| **Total Envelope Fees:** | **$7.46** |

### Payment Information

**Account Name:** LBBS
**Payment Method:** Credit Card
**Credit Card Type:** VISA
**Card Number:** XXXX XXXX XXXX 6434
**Card Expiration Date:** 05/2017
**Transaction Amount:** $7.46
**Transaction Status:** Approved
**Transaction ID:** 4347464
**Transaction Order ID:** 002626286-1

### Personal Information

**Filer:** Judy Jose
**Attorney of Record:** Josh Davis
**Firm or Organization:** Lewis Brisbois Bisgaard & Smith, LLP
**Bar Number:** 24031993

### Service Recipients

**Judy Jose**
Email: Judy.Jose@lewisbrisbois.com
Status: Sent
Service Opened: No
View Log

**Josh Davis**
Email: Josh.Davis@lewisbrisbois.com
Status: Sent
Service Opened: No
View Log

**Philip Ross**
Email: ross_law@hotmail.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:48:08 PM
View Log

**Jill Young**
Email: Jill.Young@mmlawtexas.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:48:12 PM
View Log

**W. Jones**
Email: wrjones001@aol.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:48:16 PM
View Log

**Kathleen Beduze**
Email: beduze-efile@craincaton.com

https://www.prodocefile.com/ViewFiling.aspx?param=2626286          10/1/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ9N-1 | Page | 1 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138342 | Date: 10/08/14 | Amount: | 7.46 |

Silverado Appx. 0352

No. 1-15-586-CV 3701

Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:48:23 PM

View Log

**Sarah Pacheco**
Email: pacheco-efile@craincaton.com
Status: Sent
Service Opened: Yes
Served Date/Time: 9/25/2014 3:48:28 PM

View Log

**Candice Schwager**
Email: candice@elderlawatty.com
Status: Sent
Service Opened: No

View Log

**Michelle Simon**
Email: Michelle.Simon@lewisbrisbois.com
Status: Sent
Service Opened: No

View Log

**Jacob Stephens**
Email: Jacob.Stephens@lewisbrisbois.com
Status: Sent
Service Opened: No

View Log

**Michael Hirsch**
Email: mhirsch@ssbplaw.com
Status: Sent
Service Opened: No

View Log

## Application to Dismiss

| Filing Fees | | Filing Information |
|---|---|---|
| Application to Dismiss | $2.00 | Current Status: ✓ accepted |
| Total Filing Fees: | $2.00 | Accepted Date/Time: 9/26/2014 8:47:54 AM |
| | | Filing Description: Defendants' Motion to Dismiss Pursuant to TRCP Rule 91a |
| | | Reference Number: 50013.1476 |

### Document Information

Document(s) Filed:

Lead Document:

📄 Original - Def Mtn Dismiss Purst to TRCP Rule 91a.pdf [Does not contain sensitive data]

📄 Transmitted - Def Mtn Dismiss Purst to TRCP Rule 91a.pdf [Does not contain sensitive data]

This site and all contents Copyright ©2003-2014 Thomson Reuters. All rights reserved.

Loading...

https://www.prodocefile.com/ViewFiling.aspx?param=2626286          10/1/2014

| Vendor: | 82739 Wells Fargo Commercial Card Services | Doc ID: 0001AJ9N-2 | Page | 2 of 2 |
|---|---|---|---|---|
| Voucher: | 1802649 Dist: 4138342 | Date: 10/08/14 | Amount: | 7.46 |

Silverado Appx. 0353

No. 1-15-586-CV **3702**